| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B. | U.S.D.C. MASSACHUSETTS | 05/13/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final / 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| J. J. MOAKLEY U.S. COURTHOUSE 1 COURTHOUSE WAY, SUITE 8110 BOSTON, MA 02210 | Reviewing Officer_____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

COPY

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #3 |
| 2. CO-TRUSTEE | TRUST #4 |
| 3. CO-TRUSTEE | TRUST #5 |
| 4. Director | Bottom Line Inc., Boston, MA |
| 5. Director/Officer | Federal Judges Association (FJA) |
| 6. Officer/Clerk | 21st Century Fund, Brookline High School, Brookline, MA |
| 7. Trustee | Codman Academy Foundation, Dorchester, MA |
| 8. President & founding member | Boston Intellectual Property American Inn of Court, MA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2. | |
| 3. | |

Saris, Patti B.

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2009 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2009 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - Nonemployee compensation |
| 4. 2009 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 3/25 - 3/29/2009 | New York, NY | Law & Neuroscience educational seminar | Transportation and meals |
| 2. | FJA | 5/2 - 5/4/2009 | Washington, DC | Broad Meeting | Transportation and lodging |
| 3. | Stanford Law School, Palo Alto, CA | 5/07 - 5/08 2009 | Palo Alto, CA | Intellectual Property and Biosciences Law Conference | Transportation, lodging and meals |
| 4. | FJA | 9/16 2009 | Washington, DC | Executive Committee Meeting | Transportation |
| 5. | American Intellectual Property Las Assn (AIPLA) | 10/16 - 10/17 2009 | Washington, DC | AIPLA 2009 Annual Meeting | Transportation & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Mass. St Port Authority, Muni Bonds | C | Interest | L | T | | | | | |
| 2. | Mass. St G/O Cons Ln Series, Muni Bonds | D | Interest | M | T | | | | | |
| 3. | University Mass. Bldg, Municipal Bonds | A | Interest | | | Matured | 05/01/09 | K | | |
| 4. | Mass. Bay Trans Authority, Municipal Bonds | B | Interest | K | T | | | | | |
| 5. | Strips TNT, Public Security (IRA) | B | Interest | L | T | | | | | |
| 6. | Venture Investors Fund, LP | | None | J | W | | | | | |
| 7. | Bank of America (formerly Fleet Natl Bank), Bank Accounts | A | Interest | J | T | | | | | |
| 8. | - Bank of America, PCA Acct | A | Interest | M | T | | | | | |
| 9. | WellsFargo Avtg Gov Sec Fd (formerlyStrongGovtSec) Mutual Fd | A | Dividend | | | Sold | 12/04/09 | J | A | |
| 10. | MA St General Oblig Series, Municipal Bonds | | None | | | | | | | See Part VIII |
| 11. | Realty Assoc Fund IV Corp | A | Dividend | J | W | | | | | |
| 12. | Realty Assoc Fund IV, LLC | | None | M | W | | | | | |
| 13. | Tucker Anthony Private Equity Fund I, LP | E | Distribution | L | U | Buy (add'l) | 03/26/09 | J | | |
| 14. | Mass St Tpk Auth. Municipal Bond | B | Interest | L | T | | | | | |
| 15. | TA Conference LLC | | None | P1 | W | | | | | |
| 16. | Realty Associates Fund V, LLC | G | Distribution | P2 | W | | | | | |
| 17. | Tucker Anthony Private Equity Fund II | D | Distribution | M | W | | | | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass. In'l Fin Agy Municipal Bonds | C | Interest | L | T | Sold (part) | 07/01/09 | K | | |
| 19. Tucker Anthony Private Equity Fund III | D | Distribution | M | U | Buy (add'l) | 09/30/09 | J | | |
| 20. Tucker Anthony Private Equity Technology LP | | None | M | W | | | | | |
| 21. Trust # 5 | G | Dividend | P2 | T | | | | | |
| 22. - Baupost Value Partners LP I | | | | | | | | | |
| 23. - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 24. - PIMCO Commodity Real Return, Mutual Fd | | | | | Sold | 03/09/09 | J | | |
| 25. - Global Fixed Inc Brandywine Inv Tr Mutual Fd | | | | | | | | | |
| 26. - Marisco Growth Fd, Mutual Fund | | | | | Sold | 03/10/09 | J | | |
| 27. - Van Eck Intl Invest Gold-A Mutual Fd | | | | | | | | | |
| 28. - Dodge & Cox Income Fd mutual Fd | | | | | | | | | |
| 29. - Cilton Global Nat Res Intl BVI ltd (Private Eq) | | | | | Sold | 01/20/09 | O | | |
| 30. - US Treasury Bills | | | | | Matured | 02/05/09 | P1 | | |
| 31. - Federated US Teas Cash money market (cash equiv) | | | | | Buy (add'l) | 01/20/09 | M | | |
| 32. | | | | | Buy (add'l) | 02/05/09 | P1 | | |
| 33. | | | | | Buy (add'l) | 03/30/09 | J | | |
| 34. | | | | | Buy (add'l) | 04/02/09 | J | | |

1. Income Gain Codes (See Columns B1 and D4) — A = $1,000 or less — B = $1,001 - $2,500 — C = $2,501 - $5,000 — D = $5,001 - $15,000 — E = $15,001 - $50,000
2. Value Codes (See Columns C1 and D3) — F = $50,001 - $100,000 — G = $100,001 - $1,000,000 — H1 = $1,000,001 - $5,000,000 — H2 = More than $5,000,000
J = $15,000 or less — K = $15,001 - $50,000 — L = $50,001 - $100,000 — M = $100,001 - $250,000 — N = $250,001 - $500,000 — O = $500,001 - $1,000,000 — P1 = $1,000,001 - $5,000,000 — P2 = $5,000,001 - $25,000,000
3. Value Method Codes (See Column C2) — Q = Appraisal — R = Cost (Real Estate Only) — S = Assessment — U = Book Value — V = Other — W = Estimated — P3 = $25,000,001 - $50,000,000 — P4 = More than $50,000,000 — T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 04/22/09 | K | | |
| 36. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 37. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 38. | | | | | Buy (add'l) | 06/29/09 | J | | |
| 39. | | | | | Buy (add'l) | 07/08/09 | J | | |
| 40. | | | | | Buy (add'l) | 08/04/09 | L | | |
| 41. | | | | | Buy (add'l) | 09/02/09 | J | | |
| 42. | | | | | Buy (add'l) | 09/23/09 | J | | |
| 43. | | | | | Buy (add'l) | 09/29/09 | J | | |
| 44. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 45. | | | | | Buy (add'l) | 11/03/09 | J | | |
| 46. | | | | | Buy (add'l) | 12/02/09 | J | | |
| 47. | | | | | Buy (add'l) | 12/23/09 | J | | |
| 48. | | | | | Buy (add'l) | 12/24/09 | K | | |
| 49. | | | | | Sold (part) | 01/12/09 | J | | |
| 50. | | | | | Sold (part) | 01/29/09 | O | | |
| 51. | | | | | Sold (part) | 02/10/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 03/11/09 | P1 | | |
| 53. | | | | | Sold (part) | 03/12/09 | J | | |
| 54. | | | | | Sold (part) | 04/13/09 | J | | |
| 55. | | | | | Sold (part) | 04/21/09 | M | | |
| 56. | | | | | Sold (part) | 05/13/09 | J | | |
| 57. | | | | | Sold (part) | 06/10/09 | J | | |
| 58. | | | | | Sold (part) | 06/25/09 | J - | . | |
| 59. | | | | | Sold (part) | 07/01/09 | M | | |
| 60. | | | | | Sold (part) | 07/10/09 | J | | |
| 61. | | | | | Sold (part) | 08/11/09 | J | | |
| 62. | | | | | Sold (part) | 09/04/09 | J | | |
| 63. | | | | | Sold (part) | 09/10/09 | J | | |
| 64. | | | | | Sold (part) | 09/15/09 | J | | |
| 65. | | | | | Sold (part) | 09/16/09 | L | | |
| 66. | | | | | Sold (part) | 09/29/09 | J | | |
| 67. | | | | | Sold (part) | 10/13/09 | J | | |
| 68. | | | | | Sold (part) | 10/16/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold (part) | 11/10/09 | J | | |
| 70. | | | | | Sold (part) | 12/01/09 | K | | |
| 71. | | | | | Sold (part) | 12/03/09 | J | | |
| 72. | | | | | Sold (part) | 12/10/09 | J | | |
| 73. | | | | | Sold (part) | 12/14/09 | J | | |
| 74. | | | | | Sold (part) | 12/30/09 | J | | |
| 75. - Vanguard S/T Invest Gr Inv (Mutual fd) (x) | | | | | Buy | 03/10/09 | P1 | . | |
| 76. | | | | | Sold (part) | 07/07/09 | K | A | |
| 77. | | | | | Sold (part) | 08/03/09 | N | E | |
| 78. | | | | | Sold (part) | 09/22/09 | K | B | |
| 79. Trust # 7 | E | Int./Div. | | | | | | | See Part VIII |
| 80. - MA Commonwealth SR A Muni Bds (formerly MASt Gn'l Oblig) | | | | | Distributed | 10/27/09 | K | | |
| 81. - MA Commonwealth SR B Muni Fds (formerly MA St Grant Antic) | | | | | Distributed | 10/27/09 | J | | |
| 82. - Chilmark MA Municipal Bd | | | | | Distributed | 10/27/09 | K | | |
| 83. - MA Bay Trans Auth Municipal Bd | | | | | Distributed | 10/27/09 | K | | |
| 84. - MA St Health & Ed Municipal Bd | | | | | Matured (part) | 06/01/09 | J | | |
| 85. | | | | | Distributed | 10/27/09 | I | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
(See Columns C1 and D3) P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash/Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - MA Water Pollution Municipal Bd | | | | | Distributed | 10/27/09 | K | | |
| 87. - Norwood MA Municipal Bd | | | | | Distributed | 10/27/09 | L | | |
| 88. - University MA Bldg Auth Municipal Bond | | | | | Matured (part) | 05/01/09 | K | | |
| 89. | | | | | Distributed | 10/27/09 | L | | |
| 90. - MA St Dev Fin Agy Municipal Bond | | | | | Sold | 07/01/09 | K | | |
| 91. - MA St Port Auth Municipal Bd | | | | | Distributed | 10/27/09 | K | | |
| 92. - MA St Tpk Aluth Municipal Bd | | | | | Distributed | 10/27/09 | K | | |
| 93. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 07/02/09 | K | | |
| 94. | | | | | Sold (part) | 07/16/09 | K | | |
| 95. | | | | | Sold | 09/28/09 | J | | |
| 96. - Boston, MA Municipal bd | | | | | Distributed | 10/27/09 | J | | |
| 97. - Federated Govt Oblic Fd money mrkt (mutual fd) (x) | | | | | Buy | 01/23/09 | K | | |
| 98. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 99. | | | | | Sold | 06/03/09 | K | | |
| 100. - Federated US Teas Cash Rsv money mrkt (mutual Fd) (x) | | | | | Buy | 06/04/09 | K | | |
| 101. | | | | | Buy (add'l) | 06/09/09 | K | | |
| 102. | | | | | Sold | 06/09/09 | L | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trust # 8 | E | Int./Div. | O | T | | | | | |
| 104. - MA Commonwealth SR A Muni Bds (formerly MASt Gn'l Oblig) | | | | | | | | | |
| 105. - MA Commonwealth SR B Muni Fds (formerly MA St Grant Antic) | | | | | | | | | |
| 106. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 107. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 108. - MA St Health & Ed Municipal Bd | | | | | Matured (part) | 06/01/09 | J | | |
| 109. - MA Water Pollution Municipal Bd | | | | | | | | | |
| 110. - Norwood, MA Municipal Bd | | | | | | | | | |
| 111. - University MA Bldg Auth Municipal Bds | | | | | Matured (part) | 05/01/09 | K | | |
| 112. - MA St Dev Fin Auth Municipal Bds | | | | | Sold | 07/01/09 | K | | |
| 113. - MA St Port Auth Municipal Bds | | | | | | | | | |
| 114. - MA St Tpk Auth Municipal Bds | | | | | | | | | |
| 115. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | | | | | |
| 116. - Boston, MA Municipal bd | | | | | | | | | |
| 117. - Ishares MSCi Brazil Index Fd (mutual fd) (x) | | | | | Buy | 08/21/09 | K | | |
| 118. - SPDR Gold Trust (mutual fd) (x) | | | | | Buy | 06/15/09 | K | | |
| 119. - Federated Govt Oblig fd money mrkt (mutual fd) (x) | | | | | Buy | 01/23/09 | K | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000; N = $250,001 - $500,000
(See Columns C1 and D3) O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; U = Book Value; V = Other; W = Estimated
(See Column C2) T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold | 06/03/09 | K | | |
| 121. - Federated US Treas Cash Rsv money mrkt (mutual fd) (x) | | | | | Buy | 06/04/09 | K | | |
| 122. | | | | | Buy (add'l) | 06/09/09 | K | | |
| 123. | | | | | Buy (add'l) | 07/16/09 | K | | |
| 124. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 125. | | | | | Buy (add'l) | 09/30/09 | K | | |
| 126. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 127. | | | | | Sold (part) | 06/19/09 | K | | |
| 128. | | | | | Sold (part) | 06/22/09 | K | | |
| 129. | | | | | Sold (part) | 08/27/09 | K | | |
| 130. Trust # 9 | E | Int./Div. | N | T | | | | | |
| 131. - MA Commonwealth SR A Muni Bds (formerly MASt Gn'l Oblig) | | | | | | | | | |
| 132. - MA Commonwealth SR B Muni Fds (formerly MA St Grant Antic) | | | | | | | | | |
| 133. - Chilmark, MA Municipal Bd | | | | | | | | | |
| 134. - MA Bay Trans Auth Municipal Bd | | | | | | | | | |
| 135. - MA Health & Ed Municipal Bd | | | | | Matured (part) | 06/01/09 | J | | |
| 136. - MA Water Pollution Municipal Bd | | | | | | | | | |

1 Income Gain Codes:      A = $1,000 or less       B = $1,001 - $2,500       C = $2,501 - $5,000       D = $5,001 - $15,000       E = $15,001 - $50,000
  (See Columns B1 and D4)  F = $50,001 - $100,000   G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2 Value Codes               J = $15,000 or less      K = $15,001 - $50,000     L = $50,001 - $100,000    M = $100,001 - $250,000
  (See Columns C1 and D3)   N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                            P3 = $25,000,001 - $50,000,000                     P4 = More than $50,000,000
3 Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)  S = Assessment           T = Cash Market
  (See Column C2)           U = Book Value           V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. - Norwood, MA Municipal Bd | | | | | | | | | |
| 138. - University MA Bldg Auth Municipal Bds | | | | | Matured (part) | 05/01/09 | K | | |
| 139. - MA St Dev Fin Agy Municipal Bds | | | | | Sold | 07/01/09 | K | | |
| 140. - MA St Port Auth Municipal Bds | | | | | | | | | |
| 141. - MA St Tpk Auth Municipal Bds | | | | | | | | | |
| 142. - New Bedford MA G/O Municipal Bds | | | | | | | | | |
| 143. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | | | | | |
| 144. - Boston, MA Municipal bd | | | | | | | | | |
| 145. - Ishares MSCI Brazil Index Fd (mutual fd) (x) | | | | | Buy | 03/21/09 | K | | |
| 146. - SPDR Gold Trust (mutual fd) (x) | | | | | Buy | 06/15/09 | J | | |
| 147. - Federated Govt Oblig fd money mrkt (mutual fd) (x) | | | | | Buy | 01/23/09 | K | | |
| 148. | | | | | Sold | 06/03/09 | K | | |
| 149. - Federated US Treas Cash Rsv money mrkt (mutual fd) (x) | | | | | Buy | 06/04/09 | K | | |
| 150. | | | | | Buy (add'l) | 06/09/09 | K | | |
| 151. | | | | | Buy (add'l) | 07/16/09 | K | | |
| 152. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 153. | | | | | Buy (add'l) | 09/30/09 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 155. | | | | | Sold (part) | 06/19/09 | K | | |
| 156. | | | | | Sold (part) | 06/22/09 | J | | |
| 157. | | | | | Sold (part) | 08/27/09 | K | | |
| 158. Trust # 10 | | None | M | W | | | | | |
| 159. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 160. Trust # 11 | A | Dividend | P1 | W | | | | | |
| 161. - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |
| 162. - Sun Life Assurance, universal life insurance | | | | | | | | | |
| 163. - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 164. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | | | | | |
| 165. UBS Bank (Canada) - Financial Institution - closed accounts | E | Interest | | | Redeemed (part) | 01/22/09 | M | | |
| 166. | | | | | Redeemed (part) | 06/01/09 | M | | |
| 167. | | | | | Closed | 07/17/09 | P1 | | |
| 168. UBS AG, Financial Institution - closed accounts | G | Interest | | | Redeemed (part) | 07/30/09 | P1 | | |
| 169. | | | | | Closed | 08/06/09 | P1 | | |
| 170. European Investment Bank Ser - corporate bonds | D | Interest | | | Sold | 04/15/09 | N | G | |

1. Income Gain Codes       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less     K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment          T =Cash Market
   (See Column C2)           U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 171. MA Water Pollution Municipal Bonds | B | Interest | K | T | | | | | |
| 172. Tucker Anthony Private Equity Fund IV | E | Distribution | N | U | Buy (add'l) | 09/29/09 | J | | |
| 173. IRA Rollover | | | O | W | | | | | |
| 174. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | J | T | | | | | |
| 175. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 176. - Vanguard Inflat Protect mutual fd | D | Dividend | O | T | Buy (add'l) | 03/26/09 | J | | |
| 177. | | . | | | Buy (add'l) | 12/23/09 | J | . | |
| 178. Battery Ventures VI L.P. | D | Distribution | L | U | | | | | See Part VIII |
| 179. - Finisar Corp common stock in-kind distribution (x) | | None | | | Spinoff (from line 178) | 09/15/09 | J | | |
| 180. | | | | | Sold | 09/21/09 | J | | |
| 181. Brookside Cap Partners Fd L.P. | | None | | | Distributed | 01/05/09 | P1 | | See Part VIII |
| 182. Friends of Lime Rock II L.P. | E | Distribution | M | U | | | | | |
| 183. Park St Capt Natural Res Fd L.P. | E | Distribution | N | U | Buy (add'l) | 03/30/09 | J | | |
| 184. | | | | | Buy (add'l) | 06/25/09 | J | | |
| 185. Patron Capital L.P. 1 | | None | P1 | U | Buy (add'l) | 07/17/09 | J | | |
| 186. US Fidenza LLC | | None | K | U | | | | | |
| 187. US Wertheim LLC | | None | M | U | | | | | |

1 Income Gain Codes      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
(See Column C2)          U =Book Value           V =Other                     W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. MFB Northern Trust Co Funds Muni MM cash equiv. | C | Dividend | P1 | T | | | | | See Part VIII |
| 189. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 190. Phoenix AZ Civic Impt Municipal Bond | E | Interest | N | T | | | | | |
| 191. Trust # 14 | E | Distribution | O | T | | | | | See Part VIII |
| 192. - MA GO Rfdg Bds Municipal Bonds | | | | | Matured | 01/01/09 | M | | |
| 193. - MA St Spl Oblig Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 194. - MA St Wtr Pollutn Municipal Bond | | | | | Sold (part) | 08/01/09 | K | | |
| 195. | | | | | Sold (part) | 09/10/09 | L | | |
| 196. | | | | | Distributed | 09/30/09 | K | | |
| 197. - Weston MA GO Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 198. - MA St Port Auth Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 199. - MA Cons Ln GO Municipal Bond | | | | | Sold (part) | 05/01/09 | M | | |
| 200. | | | | | Distributed | 09/30/09 | K | | |
| 201. - Westford MA Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 202. - Orleans MA GO Municipal Bond | | | | | Distributed | 09/30/09 | J | | |
| 203. - Stoneham MA Municipal Bond | | | | | Distributed | 09/30/09 | L | | |
| 204. - MA St Tpk Auth Municipal Bd | | | | | Sold (part) | 05/01/09 | K | | |

Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000 (See Columns B1 and D4); F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000 (See Columns C1 and D3); N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market (See Column C2); U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Distributed | 09/30/09 | J | | |
| 206. - University MA Bldg Auth Municipal Bds | | | | | Sold | 05/01/09 | K | | |
| 207. - MA St Hlth & Edl Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 208. - MA St Gen'l Oblig Municipal Bd | | | | | Distributed | 09/30/09 | L | | |
| 209. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/23/09 | M | | |
| 210. | | | | | Buy (add'l) | 02/05/09 | J | | |
| 211. | | | | | Sold (part) | 02/27/09 | K | | |
| 212. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 213. | | | | | Buy (add'l) | 06/09/09 | M | | |
| 214. | | | | | Sold (part) | 06/22/09 | K | | |
| 215. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 216. | | | | | Sold (part) | 08/27/09 | K | | |
| 217. | | | | | Buy (add'l) | 09/28/09 | L | | |
| 218. | | | | | Sold (part) | 09/29/09 | N | | |
| 219. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 09/25/09 | K | | |
| 220. - US Treasury Bills | | | | | Matured | 02/05/09 | J | | |
| 221. - Boston, MA municipal bonds | | | | | Distributed | 09/30/09 | K | | |

1. Income Gain Codes          A = $1,080 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          E = $15,001 - $50,000
(See Columns B1 and D4)       F = $50,001 - $100,000      G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes                J = $15,000 or less         K = $15,001 - $50,000        L = $50,001 - $100,000         M = $100,001 - $250,000      N = $250,001 - $500,000
(See Columns C1 and D3)       O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
                              P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal               R = Cost (Real Estate Only)    S = Assessment                  T = Cash Market
(See Column C2)               U = Book Value              V = Other                       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - SPDR Gold Tr mutual fund | | | | | Buy (add'l) | 06/19/09 | K | | |
| 223. | | | | | Distributed | 09/30/09 | K | | |
| 224. - Ishares MSCI Brazil Index Fd (mutual fd)(x) | | | | | Buy | 08/26/09 | K | | |
| 225. | | | | | Distributed | 09/30/09 | K | | |
| 226. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | O | | See Part VIII |
| 227. Trust # 15 | E | Distribution | O | T | | | | | See Part VIII |
| 228. - MA GO Rfdg Bds Municipal Bond | | | | | Matured - | 01/01/09 | M | | |
| 229. - MA St Spl Oblig Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 230. - MA St Wtr Polutn Municipal Bond | | | | | Sold (part) | 08/01/09 | K | | |
| 231. | | | | | Sold (part) | 09/10/09 | L | | |
| 232. | | | | | Distributed | 09/30/09 | K | | |
| 233. - Weston MA GO Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 234. - MA St Port Auth Municipal Bond | | | | | Distributed | 09/30/09 | L | | |
| 235. - MA St Cons Ln GO Municipal Bond | | | | | Sold (part) | 05/01/09 | M | | |
| 236. | | | | | Distributed | 09/30/09 | K | | |
| 237. - Westford MA Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 238. - Orleans MA Municipal Bond | | | | | Distributed | 09/30/09 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  F =$15,001 - $50,000
(See Columns B1 and D4)  E =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Stoneham MA Municipal Bond | | | | | Distributed | 09/30/09 | L | | |
| 240. - MA St Tpk Auth Municipal Bd | | | | | Distributed | 09/30/09 | J | | |
| 241. - University MA Bldg Auth Municipal Bds | | | | | Sold | 05/01/09 | J | | |
| 242. - MA St Hlth & Edl Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 243. - MA St Gen'l Oblig Municipal Bd | | | | | Distributed | 09/30/09 | L | | |
| 244. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/23/09 | K | | |
| 245. | | | | | Buy (add'l) | 02/05/09 | J | | |
| 246. | | | | | Sold (part) | 02/27/09 | K | | |
| 247. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 248. | | | | | Buy (add'l) | 06/09/09 | M | | |
| 249. | | | | | Sold (part) | 06/22/09 | K | | |
| 250. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 251. | | | | | Sold (part) | 08/27/09 | K | | |
| 252. | | | | | Buy (add'l) | 09/28/09 | L | | |
| 253. | | | | | Sold (part) | 09/29/09 | N | | |
| 254. UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 09/11/09 | L | | |
| 255. | | | | | Sold | 09/28/09 | L | | |

1 Income Gain Codes       A =$1,000 or less            B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000         F =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000      O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
(See Column C2)           U =Book Value               V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 257. - US Treasury Bills | | | | | Matured | 02/05/09 | J | | |
| 258. - SPDR Gold Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | K | | |
| 259. | | | | | Distributed | 09/30/09 | M | | |
| 260. - Ishares MSCI Brazil Index Fd (mutual fd)(x) | | | | | Buy | 08/21/09 | K | | |
| 261. | | | | | Distributed | 09/30/09 | K | | |
| 262. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | O | | See Part VIII |
| 263. Trust # 16 | E | Distribution | O | T | | | | | See Part VIII |
| 264. - MA GO Rfdg Bds Municipal Bond | | | | | Matured | 01/01/09 | M | | |
| 265. - MA St Spl Oblig Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 266. - MA St Wtr Pollutn Municipal Bond | | | | | Sold (part) | 08/01/09 | K | | |
| 267. | | | | | Sold (part) | 09/10/09 | L | | |
| 268 | | | | | Distributed | 09/30/09 | K | | |
| 269. - Weston MA Municipal Bond | | | | | Distributed | 09/30/09 | J | | |
| 270. - MA St Port Auth Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 271. - MA Cons Ln GO Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 272. - Westford MA Municipal Bond | | | | | Distributed | 09/30/09 | K | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Orleans MA Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 274. - Northampton MA Municipal Bond | | | | | Distributed | 09/30/09 | J | | |
| 275. - Stoneham MA Municipal Bond | | | | | Distributed | 09/30/09 | L | | |
| 276. - MA St Tpk Auth Municipal Bd | | | | | Distributed | 09/30/09 | K | | |
| 277. - University MA Bldg Auth Municipal Bds | | | | | Sold | 05/01/09 | J | | |
| 278. - MA St Hlth & Edl Municipal Bd | | | | | Distributed | 09/30/09 | J | | |
| 279. - MA St Gen'l Oblig Municipal Bd | | | | | Distributed | 09/30/09 | L | | |
| 280. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/23/09 | K | | |
| 281. | | | | | Buy (add'l) | 02/05/09 | J | | |
| 282. | | | | | Sold (part) | 02/27/09 | K | | |
| 283. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 284. | | | | | Buy (add'l) | 06/09/09 | M | | |
| 285. | | | | | Sold (part) | 06/22/09 | K | | |
| 286. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 287. | | | | | Sold (part) | 08/27/09 | K | | |
| 288. | | | | | Buy (add'l) | 09/28/09 | L | | |
| 289. | | | | | Sold (part) | 09/29/09 | M | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. Income during reporting period (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. Gross value at end of reporting period (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 09/11/09 | L | | |
| 291. | | | | | Distributed | 09/28/09 | L | | |
| 292. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 293. - SPFD Rofd Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | K | | |
| 294. | | | | | Distributed | 09/30/09 | M | | |
| 295. - US Treasury Bills | | | | | Matured | 02/05/09 | J | | |
| 296. - Ishares MSCI Brazil Index Fd (mutual fd)(x) | | | | | Buy | 08/21/09 | K | | |
| 297. | | | | | Distributed | 09/30/09 | K | | |
| 298. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | O | | See Part VIII |
| 299. Trust # 17 | E | Distribution | O | T | | | | | See Part VIII |
| 300. - MA GO Rfdg ds Municipal Bonds | | | | | Matured | 01/01/09 | M | | |
| 301. - MA Spl Oblig Municipal Bond | | | | | Distributed | 09/30/09 | L | | |
| 302. - MA St Wtr Pollutn Municipal Bond | | | | | Sold (part) | 08/01/09 | K | | |
| 303. | | | | | Sold (part) | 09/10/09 | I | | |
| 304. | | | | | Distributed | 09/30/09 | K | | |
| 305. - Weston MA Municipal Bond | | | | | Distributed | 09/30/09 | J | | |
| 306. - MA St Port Auth Municipal Bond | | | | | Distributed | 09/30/09 | K | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - MA St Cons Ln GO Municipal Bond | | | | | Sold (part) | 05/01/09 | M | | |
| 308. | | | | | Distributed | 09/30/09 | K | | |
| 309. - Westford MA Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 310. - Orleans MA Municipal Bond | | | | | Distributed | 09/30/09 | J | | |
| 311. - Northampton MA Municipal Bond | | | | | Distributed | 09/30/09 | K | | |
| 312. - Stoneham MA Municipal Bond | | | | | Distributed | 09/30/09 | L | | |
| 313. - MA St Tpk Auth Municipal Bd | | | | | Distributed | 09/30/09 | K | | |
| 314. - University MA Bldg Auth Municipal Bds | | | | | Sold | 05/01/09 | J | | |
| 315. - MA St G-O Municipal Bds | | | | | Distributed | 09/30/09 | L | | |
| 316. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/23/09 | M | | |
| 317. | | | | | Buy (add'l) | 02/05/09 | J | | |
| 318. | | | | | Sold (part) | 02/27/09 | K | | |
| 319. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 320. | | | | | Buy (add'l) | 06/09/09 | M | | |
| 321. | | | | | Sold (part) | 06/22/09 | K | | |
| 322. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 323. | | | | | Sold (part) | 08/27/09 | K | | |

1 Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Buy (add'l) | 09/28/09 | L | | |
| 325. | | | | | Sold (part) | 09/29/09 | N | | |
| 326. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Buy (add'l) | 09/11/09 | L | | |
| 327. | | | | | Distributed | 09/28/09 | L | | |
| 328. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 329. - SPFD Rold Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | K | | |
| 330. | | | | | Distributed | 09/30/09 | M | | |
| 331. - US Treasury Bills | | | | | Matured | 02/05/09 | J | | |
| 332. - Ishares MSCI Brazil Index Fd (mutual fd)(x) | | | | | Buy | 08/21/09 | K | | |
| 333. | | | | | Distributed | 09/30/09 | K | | |
| 334. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | O | | See Part VIII |
| 335. Park St Capital V LP | E | Distribution | O | U | Buy (add'l) | 06/23/09 | J | | |
| 336. | | | | | Buy (add'l) | 07/09/09 | K | | |
| 337. | | | | | Buy (add'l) | 09/29/09 | J | | |
| 338 | | | | | Buy (add'l) | 12/28/09 | K | | |
| 339. Buenos Aires Residential Co LLC | E | Distribution | L | U | | | | | |
| 340. Kensico Associates LP | | None | | | Distributed | 01/05/09 | P2 | | See Part VIII |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; (See Columns B1 and D4) G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; (See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash/Market; (See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | Buy (add'l) | 05/15/09 | O | | |
| 342. CA St Municipal Bds | D | Interest | M | T | | | | | |
| 343. Texas Mun Pwr Municipal Bds | E | Interest | N | T | | | | | |
| 344. Buenos Aires Residential Co II LLC | F | Distribution | M | U | | | | | |
| 345. Friends of Lime Rock III LP | | None | O | U | Buy (add'l) | 05/18/09 | J | | |
| 346. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 347. Highfields Capital II LP | | None | P1 | U | | | | | |
| 348. Millgate Partners II, LP | | None | P1 | U | | | | | |
| 349. WMD, LP | | None | K | W | | | | | |
| 350. Park St Natural Resource Fund II Combined (Private Equity) | E | Distribution | O | U | Buy (add'l) | 02/27/09 | J | | |
| 351. | | | | | Buy (add'l) | 04/01/09 | J | | |
| 352. | | | | | Buy (add'l) | 05/18/09 | J | | |
| 353. | | | | | Buy (add'l) | 06/25/09 | K | | |
| 354. | | | | | Buy (add'l) | 06/29/09 | J | | |
| 355. | | | | | Buy (add'l) | 07/10/09 | K | | |
| 356. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 357. | | | | | Buy (add'l) | 11/23/09 | K | | |

1. Income Gain Codes
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

A = $1,000 or less
F = $50,001 - $100,000
J = $15,000 or less
N = $250,001 - $500,000
P3 = $25,000,001 - $50,000,000
Q = Appraisal
U = Book Value

B = $1,001 - $2,500
G = $100,001 - $1,000,000
K = $15,001 - $50,000
O = $500,001 - $1,000,000

R = Cost (Real Estate Only)
V = Other

C = $2,501 - $5,000
H = $1,000,001 - $5,000,000
L = $50,001 - $100,000
P1 = $1,000,001 - $5,000,000

S = Assessment
W = Estimated

D = $5,001 - $15,000
H2 = More than $5,000,000
M = $100,001 - $250,000
P2 = $5,000,001 - $25,000,000
P4 = More than $50,000,000

T = Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Park Street Capital VI (Private Equity Fd) | D | Distribution | O | U | Buy (add'l) | 03/27/09 | K | | |
| 359. | | | | | Buy (add'l) | 06/23/09 | J | | |
| 360. | | | | | Buy (add'l) | 07/01/09 | K | | |
| 361. | | . | | | Buy (add'l) | 10/27/09 | K | | |
| 362. | | | | | Buy (add'l) | 12/29/09 | J | | |
| 363. Park Street Cap Natural Resource Fd II AIV (PrivateEq) | | None | | | | | | | See Part VIII |
| 364. Patron Capital LP II | | None | PI | U | Buy (add'l) | 02/18/09 | L | | |
| 365. | | | | | Buy (add'l) | 07/13/09 | J | | |
| 366. | | | | | Buy (add'l) | 10/13/09 | L | | |
| 367. | | | | | Buy (add'l) | 11/10/09 | L | | |
| 368. Orion Eruopean Real Estate Fd II, C.V., LP | G | Distribution | N | U | Buy (add'l) | 06/23/09 | M | | |
| 369. US Dublin LLC | | None | L | U | | | | | |
| 370. Europa Fund II US LP | F | Distribution | N | W | Buy (add'l) | 11/13/09 | L | | |
| 371. Weston Presidio V LP | | None | N | U | Buy (add'l) | 01/30/09 | K | | |
| 372. | | | | | Buy (add'l) | 08/13/09 | J | | |
| 373. | | | | | Buy (add'l) | 12/24/09 | J | | |
| 374. IL St Municipal Bds | E | Interest | N | T | | | | | |

1. Income Gain Codes (See Columns B1 and D4) A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes (See Columns C1 and D3) J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. NJ Dev Auth Municipal Bds | D | Interest | N | T | | | | | |
| 376. Trust # 18 | F | Distribution | P1 | T | | | | | See Part VIII |
| 377. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 378. - Westford, MA Ltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 379. - Chelmsford, MA GO Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 380. - MA St Wtr Pollution Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 381. - Orleans, MA Genl Oblig Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 382. - University MA Bldg Auth Municipal Bds | | | | | Matured | 02/03/09 | J | | |
| 383. - Weston, MA Gen'l Oblig Municipal Fds | | | | | Distributed | 09/30/09 | J | | |
| 384. - MA St Genl Oblig Municipal Bd | | | | | Distributed | 09/30/09 | K | | |
| 385. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 09/28/09 | J | | |
| 386. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/05/09 | J | | |
| 387. | | | | | Buy (add'l) | 01/23/09 | J | | |
| 388. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 389. | | | | | Buy (add'l) | 02/05/09 | M | | |
| 390. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 391 | | | | | Buy (add'l) | 03/27/09 | M | | |

1 Income Gain Codes (See Columns B1 and D4)
2 Value Codes (See Columns C1 and D3)
3 Value Method Codes (See Column C2)

A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 393. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 394. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 395. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 396. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 397. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 398. | | | | | Buy (add'l) | 08/04/09 | J | | |
| 399. | | | | | Buy (add'l) | 09/02/09 | J | | |
| 400. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 401. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 402. | | | | | Sold (part) | 02/27/09 | L | | |
| 403. | | | | | Sold (part) | 03/30/09 | M | | |
| 404. | | | | | Sold (part) | 04/06/09 | K | | |
| 405. | | | | | Sold (part) | 06/09/09 | J | | |
| 406. | | | | | Sold (part) | 06/22/09 | M | | |
| 407. | | | | | Sold (part) | 09/09/09 | J | | |
| 408. | | | | | Sold (part) | 12/24/09 | J | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. - PIMCO Foreign Bd Fd mutual fd | | | | | Distributed | 09/30/09 | P1 | | |
| 410. - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fund | | | | | Buy (add'l) | 06/15/09 | M | | |
| 411. | | | | | Distributed | 09/30/09 | N | | |
| 412. - US Treasury Bills | | | | | Matured | 02/05/09 | M | | |
| 413. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 414. - Vanguard Inflat Protected mutual fund | | | | | Sold (part) | 03/26/09 | M | D | |
| 415. | | | | | Distributed | 09/30/09 | P1 | | |
| 416. - US Treas TIPS Bds (x) | | | | | Buy | 03/25/09 | M | | |
| 417. | | | | | Distributed | 09/30/09 | M | | |
| 418. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |
| 419. Trust # 19 | F | Distribution | P1 | T | | | | | See Part VIII |
| 420. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 421. - Westford, MA Ltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 422. - Chelmsford, MA GO Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 423. - Orleans, MA Genl Oblig Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 424. - University MA Bldg Auth Municipal Bds | | | | | Matured | 02/03/09 | J | | |
| 425. - Weston, MA Gen'l Oblig Municipal Bds | | | | | Distributed | 09/30/09 | J | | |

1. Income Gain Codes
(See Columns B1 and D4)
2. Value Codes
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. - MA St Wtr Pollution Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 427. - MA St Cons Ln (formerly listed as Genl Oblig) Muni Bd | | | | | Distributed | 09/30/09 | K | | |
| 428. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 09/28/09 | J | | |
| 429. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/05/09 | J | | |
| 430. | | | | | Buy (add'l) | 01/23/09 | J | | |
| 431. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 432. | | | . | | Buy (add'l) | 02/05/09 | M | | * |
| 433. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 434. | | | | | Buy (add'l) | 03/27/09 | M | | |
| 435. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 436. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 437. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 438. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 439. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 440. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 441. | | | | | Buy (add'l) | 08/04/09 | J | | |
| 442. | | | . | | Buy (add'l) | 09/02/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 444. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 445. | | | | | Sold (part) | 02/27/09 | L | | |
| 446. | | | | | Sold (part) | 03/30/09 | M | | |
| 447. | | | | | Sold (part) | 04/06/09 | K | | |
| 448. | | | | | Sold (part) | 06/09/09 | J | | |
| 449. | | . | | | Sold (part) | 06/22/09 | M | | |
| 450. | | | | | Sold (part) | 09/09/09 | J | | |
| 451. | | | | | Sold (part) | 12/24/09 | J | | |
| 452. - PIMCO Foreign Bd Fd mutual fd | | | | | Distributed | 09/30/09 | P1 | | |
| 453. - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fund | | | | | Buy (add'l) | 06/15/09 | M | | |
| 454. | | | | | Distributed | 09/30/09 | N | | |
| 455. - US Treasury Bills | | | | | Matured | 02/05/09 | M | | |
| 456. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 457. - Vanguard Inflat Protected mutual fund | | | | | Sold (part) | 03/26/09 | M | D | |
| 458. | | | | | Distributed | 09/30/09 | P1 | | |
| 459. - US Treas TIPS Bds (x) | | | | | Buy | 03/25/09 | M | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | | Distributed | 09/30/09 | M | | |
| 461. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |
| 462. Trust # 20 | F | Distribution | P1 | T | | | | | See Part VIII |
| 463. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 464. - Westford, MA Ltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 465. - Chelmsford, MA GO Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 466. - Orleans, MA Gen'l Oblig Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 467. - University MA Bldg Auth Municipal Bds | | | | | Sold | 05/01/09 | I | | |
| 468. - Weston, MA Gen'l Oblig Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 469. - MA St Wtr Polltn Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 470. - MA St Cons Ln (formerly listed as Genl Oblig) Muni Bd | | | | | Distributed | 09/30/09 | K | | |
| 471. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 09/28/09 | J | | |
| 472. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/05/09 | J | | |
| 473. | | | | | Buy (add'l) | 01/23/09 | I | | |
| 474. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 475. | | | | | Buy (add'l) | 02/05/09 | M | | |
| 476. | | | | | Buy (add'l) | 03/03/09 | J | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4); F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3); N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Code: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market
(See Column C2); U = Book Value; V = Other; W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 32 of 79

Name of Person Reporting

SARIS, PATTI B.

Date of Report

05/13/2010

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. | | | | | Buy (add'l) | 03/27/09 | M | | |
| 478. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 479. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 480. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 481. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 482. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 483. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 484. | | | | | Buy (add'l) | 08/04/09 | J | | |
| 485. | | | | | Buy (add'l) | 09/02/09 | J | | |
| 486. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 487. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 488. | | | | | Sold (part) | 02/27/09 | L | | |
| 489. | | | | | Sold (part) | 03/30/09 | M | | |
| 490. | | | | | Sold (part) | 04/06/09 | K | | |
| 491. | | | | | Sold (part) | 06/09/09 | J | | |
| 492. | | | | | Sold (part) | 06/22/09 | M | | |
| 493. | | | | | Sold (part) | 09/09/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold (part) | 12/24/09 | J | | |
| 495. - PIMCO Foreign Bd Fd mutual fd | | | | | Distributed | 09/30/09 | PI | | |
| 496. - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fund | | | | | Buy (add'l) | 06/15/09 | M | | |
| 497. | | | | | Distributed | 09/30/09 | N | | |
| 498. - US Treasury Bills | | | | | Matured | 02/05/09 | M | | |
| 499. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 500. - Vanguard Inflat Protected mutual fund | | | | | Sold (part) | 03/26/09 | M | D | • |
| 501. | | | | | Distributed | 09/30/09 | PI | | |
| 502. - US Treas TIPS Bds (x) | | | | | Buy | 03/25/09 | M | | |
| 503. | | | | | Distributed | 09/30/09 | M | | |
| 504. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | PI | | See Part VIII |
| 505. Trust # 21 | G | Distribution | PI | T | | | | | See Part VIII |
| 506. - Northhampton, MA Unltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 507. - Westford, MA Ltd Tax GO Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 508. Chelmsford, MA GO Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 509. - MA St Wtr Pollution Municipal Bds | | | | | Distributed | 09/30/09 | J | | |
| 510. - Orleans, MA Gen'l Oblig Municipal Bds | | | | | Distributed | 09/30/09 | K | | |

1 Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes:            J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000   N =$250,001 - $500,000
(See Columns C1 and D3)    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes:     Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            U =Book Value             V =Other
(See Column C2)           T =Cash Market           W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. - Weston, MA Gen'l Oblig Municipal Bds | | | | | Distributed | 09/30/09 | K | | |
| 512. - MA St Cons Ln (formerly listed as Genl Oblig) Muni Bd | | | | | Distributed | 09/30/09 | K | | |
| 513. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 09/28/09 | J | | |
| 514. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 01/05/09 | J | | |
| 515. | | | | | Buy (add'l) | 01/23/09 | J | | |
| 516. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 517. | | | | | Buy (add'l) | 02/05/09 | M | | |
| 518. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 519. | | | | | Buy (add'l) | 03/27/09 | M | | |
| 520. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 521. | | | | | Buy (add'l) | 04/03/09 | J | | |
| 522. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 523. | | | | | Buy (add'l) | 06/02/09 | J | | |
| 524. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 525. | | | | | Buy (add'l) | 07/16/09 | J | | |
| 526. | | | | | Buy (add'l) | 08/04/09 | J | | |
| 527. | | | | | Buy (add'l) | 09/02/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 529. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 530. | | | | | Sold (part) | 02/27/09 | L | | |
| 531. | | | | | Sold (part) | 03/30/09 | M | | |
| 532. | | | | | Sold (part) | 04/06/09 | K | | |
| 533. | | | | | Sold (part) | 06/09/09 | J | | |
| 534. | | | | | Sold (part) | 06/22/09 | M | | |
| 535. | | | | | Sold (part) | 09/09/09 | J | | |
| 536. | | | | | Sold (part) | 12/24/09 | J | | |
| 537. - PIMCO Foreign Bd Fd mutual fd | | | | | Distributed | 09/30/09 | P1 | | |
| 538. - SPDR Gold Tr (formerly Streettracks Gold Tr) mutual fund | | | | | Buy (add'l) | 06/15/09 | M | | |
| 539. | | | | | Distributed | 09/30/09 | N | | |
| 540. - US Treasury Bills | | | | | Matured | 02/05/09 | M | | |
| 541. - Boston, MA municipal bds | | | | | Distributed | 09/30/09 | K | | |
| 542. - Vanguard Inflat Protected mutual fund | | | | | Sold (part) | 03/26/09 | M | D | |
| 543. | | | | | Distributed | 09/30/09 | P1 | | |
| 544. - US Treas TIPS Bds (x) | | | | | Buy | 03/25/09 | M | | |

1. Income Gain Codes:        A = $1,000 or less        B = $1,001 - $2,500        C = $2,501 - $5,000        D = $5,001 - $15,000        E = $15,001 - $50,000
(See Columns B1 and D4)      F = $50,001 - $100,000    G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes                J = $15,000 or less       K = $15,001 - $50,000      L = $50,001 - $100,000      M = $100,001 - $250,000
(See Columns C1 and D3)       N = $250,001 - $500,000   O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                                                                                   P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment              T = Cash Market
(See Column C2)               U = Book Value            V = Other                    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. | | | | | Distributed | 09/30/09 | M | | |
| 546. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |
| 547. TA Investors L.P | | None | J | W | | | | | |
| 548. Liberty Square Partners LP - final distn (2008 withdrawal) | H1 | Distribution | | | | | | | See Part VIII |
| 549. Wavemark Inc Ser A pfd stock | | None | N | T | | | | | |
| 550. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | P1 | U | Buy (add'l) | 04/07/09 | K | | |
| 551. | | | | | Buy (add'l) | 05/07/09 | M | | |
| 552. | | | | | Buy (add'l) | 06/30/09 | J | | |
| 553. | | | | | Buy (add'l) | 09/29/09 | J | | |
| 554. | | | | | Buy (add'l) | 11/19/09 | K | | |
| 555. | | | | | Buy (add'l) | 12/30/09 | J | | |
| 556. Chilton Invst Co LLC (Priv Eq) | H1 | Distribution | | | | | | | See Part VIII |
| 557. Global Hotel Cap B V (priv Eq) | | None | M | U | | | | | |
| 558. Lime Rock Partners IV LP (combined) | | None | O | U | Buy (add'l) | 03/04/09 | J | | |
| 559. | | | | | Buy (add'l) | 03/05/09 | K | | |
| 560. | | | | | Buy (add'l) | 03/25/09 | K | | |
| 561 | | | | | Buy (add'l) | 06/26/09 | J | | |

1. Income Gain Codes      A. $1,000 or less        B. $1,001 - $2,500       C. $2,501 - $5,000        D. $5,001 - $15,000       F. $15,001 - $50,000
(See Columns B1 and D4)   E. $50,001 - $100,000    G. $100,001 - $1,000,000  H1. $1,000,001 - $5,000,000  H2. More than $5,000,000
2. Value Codes            J. $15,000 or less       K. $15,001 - $50,000     L. $50,001 - $100,000        M. $100,001 - $250,000
(See Columns C1 and D3)    N. $250,001 - $500,000   O. $500,001 - $1,000,000 P1. $1,000,001 - $5,000,000  P2. More than $5,000,000
                          P3. $5,000,001 - $50,000,000                       P4. More than $50,000,000
3. Value Method Codes     Q. Appraisal             R. Cost (Real Estate Only)  S. Assessment             T. Cash Market
(See Column C2)           U. Book Value            V. Other                  W. Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 07/29/09 | K | | |
| 563. | | | | | Buy (add'l) | 10/09/09 | J | | |
| 564. | | | | | Buy (add'l) | 10/15/09 | K | | |
| 565. Park St Cap Priv Eq Fd VII A LP | C | Distribution | N | U | Buy (add'l) | 04/01/09 | J | | |
| 566. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 567. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 568. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 569. Park St Cap Natural Res Fd III LP combined (priv Eq) | E | Distribution | O | U | Buy (add'l) | 01/05/09 | M | | |
| 570. | | | | | Sold (part) | 01/13/09 | K | | |
| 571. | | | | | Buy (add'l) | 07/06/09 | K | | |
| 572. | | | | | Buy (add'l) | 09/30/09 | K | | |
| 573. | | | | | Buy (add'l) | 10/20/09 | L | | |
| 574. | | | | | Buy (add'l) | 11/23/09 | K | | |
| 575. | | | | | Sold (part) | 12/29/09 | J | | |
| 576. Polaris Vent Part Entrep Fd V LP | | None | O | U | Buy (add'l) | 06/25/09 | K | | |
| 577. | | | | | Buy (add'l) | 08/13/09 | K | | |
| 578. | | | | | Buy (add'l) | 10/14/09 | K | | |

1. Income Gain Codes       A = $1,000 or less        B = $1,001 - $2,500        C = $2,501 - $5,000         D = $5,001 - $15,000         E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000 H2 = More than $5,000,000
2. Value Codes             J = $15,000 or less       K = $15,001 - $50,000      L = $50,001 - $100,000      M = $100,001 - $250,000      N = $250,001 - $500,000
(See Columns C1 and D3)     N = $250,001 - $500,000   O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000 P2 = More than $5,000,000
                           P3 = $25,000,001 - $50,000,000
3. Value Method Codes      Q = Appraisal             R = Cost (Real Estate Only) S = Assessment              T = Cash Market
(See Column C2)            U = Book Value            V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 11/16/09 | K | | |
| 580. Summit Ptrns Priv Eq Fd VII-A | F | Distribution | O | U | Buy (add'l) | 03/27/09 | K | | |
| 581. | | | | | Buy (add'l) | 09/25/09 | J | | |
| 582. | | | | | Buy (add'l) | 12/09/09 | K | | |
| 583. | | | | | Buy (add'l) | 12/29/09 | K | | |
| 584. TA X LP (Priv Eq) | E | Distribution | P1 | U | Buy (add'l) | 04/24/09 | K | | |
| 585. | | | | | Buy (add'l) | 09/17/09 | L | | |
| 586. | | | | | Buy (add'l) | 09/24/09 | L | | |
| 587. | | | | | Buy (add'l) | 10/30/09 | L | | |
| 588. SPDR Gold Tr (formerly Streettracks Gold Trust) mutual fd | | None | P2 | T | Buy (add'l) | 05/22/09 | M | | |
| 589. Realty Assoc Fd V Corp (REIT) | A | Dividend | J | W | | | | | |
| 590. Greenville, SC Municipal bds | D | Interest | M | T | | | | | |
| 591. Maricopa Cty, AZ Municipal bds | D | Interest | N | T | | | | | |
| 592. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 593. San Antonio, TX Municipal bds | E | Interest | N | T | | | | | |
| 594. Sweetwater, WY Municipal bds | D | Interest | M | T | | | | | |
| 595. University Idaho Municipal bds | D | Interest | M | T | | | | | |

Income Gain Codes: A: $1,000 or less; B: $1,001 - $2,500; C: $2,501 - $5,000; D: $5,001 - $15,000; E: $15,001 - $50,000 (See Columns B1 and D4)
F: $50,001 - $100,000; G: $100,001 - $1,000,000; H1: $1,000,001 - $5,000,000; H2: More than $5,000,000
Value Codes: J: $15,000 or less; K: $15,001 - $50,000; L: $50,001 - $100,000; M: $100,001 - $250,000 (See Columns C1 and D3)
N: $250,001 - $500,000; O: $500,001 - $1,000,000; P1: $1,000,001 - $5,000,000; P2: $5,000,001 - $25,000,000; P3: $25,000,001 - $50,000,000
P4: More than $50,000,000
Value Method Codes: Q: Appraisal; R: Cost (Real Estate Only); S: Assessment; T: Cash Market (See Column C2)
U: Book Value; V: Other; W: Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Walled Lake, MI Municipal bds | D | Interest | M | T | | | | | |
| 597. UBS RMA TaxFree Fd cash eq mutual fd | A | Dividend | J | T | Buy (add'l) | 01/05/09 | K | | |
| 598. | | | | | Sold (part) | 01/27/09 | M | | |
| 599. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 600. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 601. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 602. | | | | | Buy (add'l) | 04/16/09 | N | | |
| 603. | | | | | Sold (part) | 04/22/09 | N | | |
| 604. | | | | | Sold (part) | 06/09/09 | K | | |
| 605. | | | | | Buy (add'l) | 07/02/09 | J | | |
| 606. | | | | | Sold (part) | 07/16/09 | J | | |
| 607. | | | | | Buy (add'l) | 09/02/09 | J | | |
| 608. | | | | | Buy (add'l) | 09/23/09 | L | | |
| 609. | | | | | Sold (part) | 09/24/09 | L | | |
| 610. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 611. Federated US Treas Cash Rsv cash eq mutual fd | B | Dividend | P1 | T | Buy (add'l) | 01/02/09 | J | | |
| 612. | | | | | Buy (add'l) | 01/06/09 | P1 | | |

1. Income Gain Codes:   A. $1,000 or less   B. $1,001 - $2,500   C. $2,501 - $5,000   D. $5,001 - $15,000   E. $15,001 - $50,000
(See Columns B1 and D4)   F. $50,001 - $100,000   G. $100,001 - $1,000,000   H1. $1,000,001 - $5,000,000   H2. More than $5,000,000
2. Value Codes   J. $15,000 or less   K. $15,001 - $50,000   L. $50,001 - $100,000   M. $100,001 - $250,000
(See Columns C1 and D3)   N. $250,001 - $500,000   O. $500,001 - $1,000,000   P1. $1,000,001 - $5,000,000   P2. $5,000,001 - $25,000,000
   P3. $25,000,001 - $50,000,000   P4. More than $50,000,000
3. Value Method Codes   Q. Appraisal   R. Cost (Real Estate Only)   S. Assessment   U. Book Value   V. Other   W. Estimated
(See Column C2)   T. Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Buy (add'l) | 01/07/09 | P1 | | |
| 614. | | | | | Buy (add'l) | 01/08/09 | P1 | | |
| 615. | | | | | Buy (add'l) | 01/13/09 | J | | |
| 616. | | | | | Buy (add'l) | 01/14/09 | N | | |
| 617. | | | | | Buy (add'l) | 01/15/09 | P1 | | |
| 618. | | | | | Buy (add'l) | 01/16/09 | P1 | | |
| 619. | | | | | Buy (add'l) | 01/21/09 | J | | |
| 620. | | | | | Buy (add'l) | 01/23/09 | M | | |
| 621. | | | | | Buy (add'l) | 01/26/09 | M | | |
| 622. | | | | | Buy (add'l) | 01/27/09 | K | | |
| 623. | | | | | Buy (add'l) | 02/02/09 | L | | |
| 624. | | | | | Buy (add'l) | 02/05/09 | O | | |
| 625. | | | | | Buy (add'l) | 02/09/09 | L | | |
| 626. | | | | | Buy (add'l) | 02/10/09 | J | | |
| 627. | | | | | Buy (add'l) | 02/11/09 | M | | |
| 628. | | | | | Buy (add'l) | 02/18/09 | M | | |
| 629. | | | | | Buy (add'l) | 02/20/09 | L | | |

1 Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000 (See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2 Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000; N = $250,001 - $500,000 (See Columns C1 and D3) O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000; P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3 Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market (See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. | | | | | Buy (add'l) | 02/27/09 | M | | |
| 631. | | | | | Buy (add'l) | 03/03/09 | L | | |
| 632. | | | | | Buy (add'l) | 03/13/09 | M | | |
| 633. | | | | | Buy (add'l) | 03/16/09 | K | | |
| 634. | | | | | Buy (add'l) | 03/19/09 | L | | |
| 635. | | | | | Buy (add'l) | 03/26/09 | J | | |
| 636. | | | | | Buy (add'l) | 03/27/09 | O | | |
| 637. | | | | | Buy (add'l) | 04/01/09 | K | | |
| 638. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 639. | | | | | Buy (add'l) | 04/16/09 | M | | |
| 640. | | | | | Buy (add'l) | 04/22/09 | N | | |
| 641. | | | | | Buy (add'l) | 04/24/09 | L | | |
| 642. | | | | | Buy (add'l) | 04/28/09 | L | | |
| 643. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 644. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 645. | | | | | Buy (add'l) | 05/04/09 | K | | |
| 646. | | | | | Buy (add'l) | 05/13/09 | P2 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647 | | | | | Buy (add'l) | 05/18/09 | J | | |
| 648. | | | | | Buy (add'l) | 06/01/09 | J | | |
| 649. | | | | | Buy (add'l) | 06/05/09 | J | | |
| 650. | | | | | Buy (add'l) | 06/09/09 | K | | |
| 651. | | | | | Buy (add'l) | 06/11/09 | K | | |
| 652. | | | | | Buy (add'l) | 07/01/09 | K | | |
| 653. | | | | | Buy (add'l) | 07/15/09 | J | | |
| 654. | | | | | Buy (add'l) | 07/16/09 | L | | |
| 655. | | | | | Buy (add'l) | 08/06/09 | P1 | | |
| 656. | | | | | Buy (add'l) | 08/20/09 | J | | |
| 657. | | | | | Buy (add'l) | 08/27/09 | M | | |
| 658. | | | | | Buy (add'l) | 08/31/09 | K | | |
| 659. | | | | | Buy (add'l) | 09/01/09 | K | | |
| 660 | | | | | Buy (add'l) | 09/02/09 | J | | |
| 661. | | | | | Buy (add'l) | 09/11/09 | M | | |
| 662. | | | | | Buy (add'l) | 09/14/09 | K | | |
| 663 | | | | | Buy (add'l) | 09/16/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 665 | | | | | Buy (add'l) | 09/30/09 | N | | |
| 666. | | | | | Buy (add'l) | 10/01/09 | K | | |
| 667. | | | | | Buy (add'l) | 10/02/09 | J | | |
| 668. | | | | | Buy (add'l) | 10/05/09 | M | | |
| 669. | | | | | Buy (add'l) | 10/09/09 | J | | |
| 670. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 671. | | | | | Buy (add'l) | 10/19/09 | J | | |
| 672. | | | | | Buy (add'l) | 11/02/09 | J | | |
| 673. | | | | | Buy (add'l) | 11/03/09 | J | | |
| 674. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 675. | | | | | Buy (add'l) | 11/06/09 | K | | |
| 676. | | | | | Buy (add'l) | 11/09/09 | J | | |
| 677. | | | | | Buy (add'l) | 11/23/09 | N | | |
| 678. | | | | | Buy (add'l) | 11/30/09 | O | | |
| 679. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 680 | | | | | Buy (add'l) | 12/02/09 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS. PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. | | | | | Buy (add'l) | 12/16/09 | M | | |
| 682. | | | | | Buy (add'l) | 12/22/09 | K | | |
| 683. | | | | | Buy (add'l) | 12/24/09 | M | | |
| 684. | | | | | Buy (add'l) | 12/28/09 | L | | |
| 685. | | | | | Buy (add'l) | 12/29/09 | K | | |
| 686. | | | | | Sold (part) | 01/02/09 | P1 | | |
| 687. | | | | | Sold (part) | 01/05/09 | O | | |
| 688. | | | | | Sold (part) | 01/07/09 | J | | |
| 689. | | | | | Sold (part) | 01/08/09 | P1 | | |
| 690. | | | | | Sold (part) | 01/09/09 | J | | |
| 691. | | | | | Sold (part) | 01/12/09 | O | | |
| 692. | | | | | Sold (part) | 01/20/09 | J | | |
| 693. | | | | | Sold (part) | 01/22/09 | J | | |
| 694 | | | | | Sold (part) | 01/28/09 | J | | |
| 695. | | | | | Sold (part) | 01/29/09 | J | | |
| 696. | | | | | Sold (part) | 01/30/09 | P1 | | |
| 697. | | | | | Sold (part) | 02/02/09 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  J =$15,001 - $50,000
(See Columns B1 and D4)  E =$5,001 - $100,000  F =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS. PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[  ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. | | | | | Sold (part) | 02/03/09 | J | | |
| 699. | | | | | Sold (part) | 02/05/09 | K | | |
| 700. | | | | | Sold (part) | 02/10/09 | K | | |
| 701. | | | | | Sold (part) | 02/11/09 | J | | |
| 702. | | | | | Sold (part) | 02/12/09 | K | | |
| 703. | | | | | Sold (part) | 02/13/09 | J | | |
| 704. | | | | | Sold (part) | 02/17/09 | J | | |
| 705. | | | | | Sold (part) | 02/24/09 | J | | |
| 706. | | | | | Sold (part) | 02/25/09 | J | | |
| 707. | | | | | Sold (part) | 02/26/09 | K | | |
| 708. | | | | | Sold (part) | 02/27/09 | K | | |
| 709. | | | | | Sold (part) | 03/02/09 | J | | |
| 710. | | | | | Sold (part) | 03/03/09 | J | | |
| 711. | | | | | Sold (part) | 03/04/09 | J | | |
| 712. | | | | | Sold (part) | 03/05/09 | K | | |
| 713. | | | | | Sold (part) | 03/06/09 | J | | |
| 714. | | | | | Sold (part) | 03/09/09 | N | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715. | | | | | Sold (part) | 03/10/09 | K | | |
| 716. | | | | | Sold (part) | 03/11/09 | K | | |
| 717. | | | | | Sold (part) | 03/12/09 | J | | |
| 718. | | | | | Sold (part) | 03/17/09 | J | | |
| 719. | | | | | Sold (part) | 03/19/09 | K | | |
| 720. | | | | | Sold (part) | 03/24/09 | J | | |
| 721. | | | | | Sold (part) | 03/25/09 | K | | |
| 722. | | | | | Sold (part) | 03/26/09 | M | | |
| 723. | | | | | Sold (part) | 03/27/09 | J | | |
| 724. | | | | | Sold (part) | 03/30/09 | N | | |
| 725. | | | | | Sold (part) | 03/31/09 | K | | |
| 726. | | | | | Sold (part) | 04/01/09 | J | | |
| 727. | | | | | Sold (part) | 04/03/09 | K | | |
| 728. | | | | | Sold (part) | 04/07/09 | J | | |
| 729. | | | | | Sold (part) | 04/08/09 | K | | |
| 730. | | | | | Sold (part) | 04/09/09 | O | | |
| 731. | | | | | Sold (part) | 04/13/09 | K | | |

1. Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000 (See Columns B1 and D4)
F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000 (See Columns C1 and D3)
N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market (See Column C2)
U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold (part) | 04/14/09 | K | | |
| 733. | | | | | Sold (part) | 04/15/09 | P1 | | |
| 734. | | | | | Sold (part) | 04/17/09 | J | | |
| 735. | | | | | Sold (part) | 04/20/09 | J | | |
| 736. | | | | | Sold (part) | 04/21/09 | M | | |
| 737. | | | | | Sold (part) | 04/22/09 | J | | |
| 738. | | | | | Sold (part) | 04/23/09 | J | | |
| 739. | | | | | Sold (part) | 04/24/09 | K | | |
| 740. | | | | | Sold (part) | 04/27/09 | J | | |
| 741. | | | | | Sold (part) | 04/29/09 | L | | |
| 742. | | | | | Sold (part) | 05/01/09 | J | | |
| 743. | | | | | Sold (part) | 05/05/09 | J | | |
| 744 | | | | | Sold (part) | 05/07/09 | M | | |
| 745. | | | | | Sold (part) | 05/11/09 | J | | |
| 746. | | | | | Sold (part) | 05/12/09 | M | | |
| 747. | | | | | Sold (part) | 05/14/09 | J | | |
| 748. | | | | | Sold (part) | 05/15/09 | P1 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 05/20/09 | K | | |
| 750. | | | | | Sold (part) | 05/21/09 | J | | |
| 751. | | | | | Sold (part) | 05/22/09 | J | | |
| 752. | | | | | Sold (part) | 05/26/09 | J | | |
| 753. | | | | | Sold (part) | 05/28/09 | P1 | | |
| 754. | | | | | Sold (part) | 05/29/09 | M | | |
| 755. | | | | | Sold (part) | 06/01/09 | J | | |
| 756. | | | | | Sold (part) | 06/02/09 | J | | |
| 757. | | | | | Sold (part) | 06/03/09 | P1 | | |
| 758. | | | | | Sold (part) | 06/04/09 | J | | |
| 759. | | | | | Sold (part) | 06/08/09 | J | | |
| 760. | | | | | Sold (part) | 06/09/09 | J | | |
| 761. | | | | | Sold (part) | 06/10/09 | K | | |
| 762. | | | | | Sold (part) | 06/12/09 | I | | |
| 763. | | | | | Sold (part) | 06/16/09 | J | | |
| 764. | | | | | Sold (part) | 06/18/09 | J | | |
| 765. | | | | | Sold (part) | 06/19/09 | O | | |

1. Income Gain Codes         A = $1,000 or less        B = $1,001 - $2,500        C = $2,501 - $5,000        D = $5,001 - $15,000        E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes               J = $15,000 or less       K = $15,001 - $50,000      L = $50,001 - $100,000     M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000   O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                             P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes        Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment             T = Cash Market
   (See Column C2)           U = Book Value            V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766 | | | | | Sold (part) | 06/22/09 | K | | |
| 767. | | | | | Sold (part) | 06/23/09 | M | | |
| 768. | | | | | Sold (part) | 06/24/09 | K | | |
| 769. | | | | | Sold (part) | 06/25/09 | N | | |
| 770 | | | | | Sold (part) | 06/26/09 | J | | |
| 771. | | | | | Sold (part) | 06/29/09 | K | | |
| 772. | | | | | Sold (part) | 06/30/09 | P1 | | |
| 773. | | | | | Sold (part) | 07/01/09 | J | | |
| 774 | | | | | Sold (part) | 07/02/09 | M | | |
| 775. | | | | | Sold (part) | 07/06/09 | J | | |
| 776. | | | | | Sold (part) | 07/08/09 | K | | |
| 777. | | | | | Sold (part) | 07/09/09 | K | | |
| 778. | | | | | Sold (part) | 07/10/09 | K | | |
| 779. | | | | | Sold (part) | 07/13/09 | J | | |
| 780 | | | | | Sold (part) | 07/14/09 | J | | |
| 781. | | | | | Sold (part) | 07/15/09 | O | | |
| 782. | | | | | Sold (part) | 07/17/09 | K | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. | | | | | Sold (part) | 07/20/09 | J | | |
| 784. | | | | | Sold (part) | 07/22/09 | J | | |
| 785. | | | | | Sold (part) | 07/23/09 | O | | |
| 786 | | | | | Sold (part) | 07/27/09 | J | | |
| 787. | | | | | Sold (part) | 07/29/09 | K | | |
| 788. | | | | | Sold (part) | 07/30/09 | P1 | | |
| 789. | | | | | Sold (part) | 08/03/09 | J | | |
| 790. | | | | | Sold (part) | 08/04/09 | J | | |
| 791. | | | | | Sold (part) | 08/05/09 | J | | |
| 792. | | | | | Sold (part) | 08/07/09 | J | | |
| 793. | | | | | Sold (part) | 08/10/09 | J | | |
| 794. | | | | | Sold (part) | 08/11/09 | K | | |
| 795 | | | | | Sold (part) | 08/12/09 | J | | |
| 796. | | | | | Sold (part) | 08/13/09 | K | | |
| 797 | | | | | Sold (part) | 08/14/09 | K | | |
| 798. | | | | | Sold (part) | 08/17/09 | J | | |
| 799. | | | | | Sold (part) | 08/19/09 | J | | |

Income Gain Codes: A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000
(See Columns B1 and D4) F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000
Value Codes: J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000
(See Columns C1 and D3) N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000
Value Method Codes: Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; U = Book Value; V = Other; W = Estimated
(See Column C2) T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 800. | | | | | Sold (part) | 08/21/09 | J | | |
| 801. | | | | | Sold (part) | 08/24/09 | P1 | | |
| 802. | | | | | Sold (part) | 08/25/09 | K | | |
| 803. | | | | | Sold (part) | 08/28/09 | P1 | | |
| 804. | | | | | Sold (part) | 08/31/09 | J | | |
| 805. | | | | | Sold (part) | 09/01/09 | J | | |
| 806. | | | | | Sold (part) | 09/02/09 | M | | |
| 807. | | | | | Sold (part) | 09/03/09 | J | | |
| 808. | | | | | Sold (part) | 09/04/09 | J | | |
| 809. | | | | | Sold (part) | 09/09/09 | J | | |
| 810. | | | | | Sold (part) | 09/10/09 | K | | |
| 811. | | | | | Sold (part) | 09/14/09 | J | | |
| 812. | | | | | Sold (part) | 09/15/09 | K | | |
| 813. | | | | | Sold (part) | 09/16/09 | J | | |
| 814. | | | | | Sold (part) | 09/17/09 | M | | |
| 815. | | | | | Sold (part) | 09/18/09 | J | | |
| 816. | | | | | Sold (part) | 09/22/09 | I | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. | | | | | Sold (part) | 09/23/09 | J | | |
| 818. | | | | | Sold (part) | 09/24/09 | L | | |
| 819. | | | | | Sold (part) | 09/25/09 | M | | |
| 820. | | | | | Sold (part) | 09/28/09 | J | | |
| 821. | | | | | Sold (part) | 09/29/09 | N | | |
| 822. | | | | | Sold (part) | 10/01/09 | J | | |
| 823. | | | | | Sold (part) | 10/02/09 | J | | |
| 824. | | | | | Sold (part) | 10/06/09 | K | | |
| 825. | | | | | Sold (part) | 10/07/09 | J | | |
| 826. | | | | | Sold (part) | 10/08/09 | J | | |
| 827. | | | | | Sold (part) | 10/09/09 | J | | |
| 828. | | | | | Sold (part) | 10/13/09 | M | | |
| 829. | | | | | Sold (part) | 10/14/09 | L | | |
| 830. | | | | | Sold (part) | 10/15/09 | L | | |
| 831. | | | | | Sold (part) | 10/16/09 | J | | |
| 832. | | | | | Sold (part) | 10/19/09 | L | | |
| 833. | | | | | Sold (part) | 10/21/09 | I | | |

1. Income Gain Codes (See Columns B1 and D4)
A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
2. Value Codes (See Columns C1 and D3)
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000
3. Value Method Codes (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834. | | | | | Sold (part) | 10/23/09 | J | | |
| 835. | | | | | Sold (part) | 10/26/09 | K | | |
| 836. | | | | | Sold (part) | 10/28/09 | O | | |
| 837. | | | | | Sold (part) | 10/29/09 | K | | |
| 838. | | | | | Sold (part) | 10/30/09 | M | | |
| 839. | | | | | Sold (part) | 11/05/09 | J | | |
| 840. | | | | | Sold (part) | 11/09/09 | J | | |
| 841. | | | | | Sold (part) | 11/10/09 | L | | |
| 842. | | | | | Sold (part) | 11/12/09 | L | | |
| 843. | | | | | Sold (part) | 11/13/09 | L | | |
| 844. | | | | | Sold (part) | 11/16/09 | K | | |
| 845. | | | | | Sold (part) | 11/17/09 | J | | |
| 846. | | | | | Sold (part) | 11/18/09 | J | | |
| 847. | | | | | Sold (part) | 11/19/09 | K | | |
| 848. | | | | | Sold (part) | 11/20/09 | L | | |
| 849. | | | | | Sold (part) | 11/23/09 | J | | |
| 850. | | | | | Sold (part) | 11/25/09 | J | | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold (part) | 12/01/09 | M | | |
| 852. | | | | | Sold (part) | 12/02/09 | J | | |
| 853. | | | | | Sold (part) | 12/03/09 | J | | |
| 854. | | | | | Sold (part) | 12/07/09 | J | | |
| 855. | | | | | Sold (part) | 12/08/09 | J | | |
| 856. | | | | | Sold (part) | 12/09/09 | K | | |
| 857. | | | | | Sold (part) | 12/10/09 | K | | |
| 858. | | | | | Sold (part) | 12/11/09 | J | | |
| 859 | | | | | Sold (part) | 12/14/09 | M | | |
| 860. | | | | | Sold (part) | 12/15/09 | M | | |
| 861. | | | | | Sold (part) | 12/17/09 | J | | |
| 862. | | | | | Sold (part) | 12/18/09 | J | | |
| 863. | | | | | Sold (part) | 12/21/09 | K | | |
| 864. | | | | | Sold (part) | 12/24/09 | J | | |
| 865. | | | | | Sold (part) | 12/28/09 | K | | |
| 866. | | | | | Sold (part) | 12/30/09 | K | | |
| 867. | | | | | Sold (part) | 12/31/09 | J | | |

1 Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
(See Column C2)           U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868. US Treasury Bills | A | Interest | | | Sold (part) | 01/12/09 | J | | |
| 869. | | | | | Sold (part) | 02/05/09 | N | | |
| 870. | | | | | Sold | 02/05/09 | N | | |
| 871. Local Motors Series A pfd closely held | | None | J | W | | | | | |
| 872. PIMCO Developing Local Mkt Fd mutual fd | E | Dividend | P1 | T | Buy | 08/21/09 | P1 | | |
| 873. Van Eck Intl Invest Gold A mutual fd | G | Dividend | P2 | T | | | | | |
| 874. Hephaestion II LP priv eq | | None | P1 | U | Buy (add'l) | 01/05/09 | N | | |
| 875. | | | | | Buy (add'l) | 04/09/09 | O | | |
| 876. | | | | | Buy (add'l) | 06/22/09 | M | | |
| 877. Hephaestion Retail LP priv eq | | None | M | U | Buy (add'l) | 10/26/09 | J | | |
| 878. | | | | | Buy (add'l) | 12/28/09 | K | | |
| 879. Portland Globe Real Est Sec Fd LP | G | Distribution | O | U | | | | | |
| 880. Blackstone Distressed Securities Fd LP | G | Distribution | M | U | | | | | |
| 881. Penta Asia Domestic Partners LP | | None | | | Distributed | 01/05/09 | P1 | | See Part VIII |
| 882. PSC Luxembourg Hldgs LLC | | None | K | U | Buy (add'l) | 05/18/09 | J | | |
| 883. Trust # 22 | G | Int./Div. | P2 | W | | | | | See Parat VIII |
| 884. - Baupost Val Partners LP I | | | | | Distributed | 07/01/09 | P1 | | See Part VIII |

1 Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000   P4 - More than $50,000,000
3 Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                T =Cash Market
  (See Column C2)            U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. - Baupost Value Partners LP II | | | | | Distributed | 07/01/09 | P1 | | See Part VIII |
| 886. - Elliott Associates LP | | | | | Distributed | 07/01/09 | P1 | | |
| 887. - X Investment Holdings Ltd LP | | | | | Distributed | 07/01/09 | N | | |
| 888. - US Treasury Bills | | | | | | | | | |
| 889. - HighVista I LP (x) | | | | | Distributed | 07/01/09 | P1 | | |
| 890. - Penta Asia Long Short Fund Ltd LP(x) | | | | | Distributed | 07/01/09 | P1 | | |
| 891. - Int in MECM Assoc II LLC closely held | | | | | Buy | 07/01/09 | P2 | | See Part VIII |
| 892. - Hephaestion LP (x) | | | | | Buy | 07/01/09 | L | | |
| 893. | | | | | Buy (add'l) | 10/15/09 | L | | |
| 894. | | | | | Buy (add'l) | 12/28/09 | K | | |
| 895. - Hephaestion Co-invest I LP (x) | | | | | Buy | 07/01/09 | P1 | | |
| 896. - Porus Invt Hldg Co Ltd LP (x) | | | | | Buy | 07/01/09 | N | | |
| 897. - Xander Master Fund LLC (x) | | | | | Buy | 07/01/09 | L | | |
| 898. - Federated US Treas Cash reserve money mrkt mutual fd | | | | | Buy (add'l) | 10/13/09 | L | | |
| 899. | | | | | Sold (part) | 10/15/09 | L | | |
| 900. | | | | | Buy (add'l) | 10/19/09 | J | | |
| 901. | | | | | Buy (add'l) | 10/28/09 | J | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. | | | | | Buy (add'l) | 12/22/09 | J | | |
| 903. | | | | | Sold (part) | 12/28/09 | K | | |
| 904. Trust # 23 | E | Int./Div. | P1 | T | | | | | See Part VIII |
| 905. - US Treasury Bills | | | | | Matured | 02/05/09 | L | | |
| 906. - SPDR Gold Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | L | | |
| 907. | | | | | Distributed (part) | 09/30/09 | N | | |
| 908. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 02/05/09 | L | | |
| 909. | | | | | Buy (add'l) | 05/22/09 | K | | |
| 910. | | | | | Sold (part) | 06/16/09 | J | | |
| 911. | | | | | Sold (part) | 06/22/09 | L | | |
| 912. | | | | | Sold (part) | 09/29/09 | J | | |
| 913. - Auburndale, FL municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 914. - Berkeley Cty, SC municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 915. - Easley, SC municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 916. - Florida St. municipal bds | | | | | Sold | 07/22/09 | K | A | |
| 917. - Illinois St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 918. - Intermountain Pwr Agy, UT municipal bds | | | | | Sold | 06/08/09 | L | A | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. - Long Island, NY municipal bds | | | | | Sold | 05/11/09 | L | A | |
| 920. - Maine St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 921. - Met Trans Auth, Ny municioak bds | | | | | Distributed | 09/30/09 | L | | |
| 922. - Mississippi St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 923. - New York St Dorm Auth municipal Bds | | | | | Sold (part) | 05/08/09 | L | | |
| 924. | | | | | Distributed | 09/30/09 | L | | |
| 925. - Regional Trans Dist. CO municiapl bds | | | | | Distributed | 09/30/09 | L | | |
| 926. - MFB Northern Fds municipal money market fd | | | | | Distributed | 09/30/09 | K | | |
| 927. - Realty Associates Fd IV LLC (y) | | | | | | | | | See Part VIII |
| 928. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |
| 929. Trust # 24 | E | Int./Div. | P1 | T | | | | | See Part VIII |
| 930. - US Treasury Bills | | | | | Matured | 02/05/09 | L | | |
| 931. - SPDR Gold Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | L | | |
| 932. | | | | | Distributed (part) | 09/30/09 | M | | |
| 933. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 02/05/09 | L | | |
| 934. | | | | | Buy (add'l) | 05/22/09 | K | | |
| 935. | | | | | Sold (part) | 06/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | N = $250,001 - $500,000 |
| | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | P3 = $25,000,001 - $50,000,000 | P4 = More than $50,000,000 |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936. | | | | | Sold (part) | 06/22/09 | L | | |
| 937. | | | | | Sold (part) | 09/29/09 | J | | |
| 938. - Auburndale, FL municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 939. - Berkeley Cty, SC municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 940. - Easley, SC municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 941. - Florida St. municipal bds | | | | | Sold | 07/22/09 | K | A | |
| 942. - Illinois St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 943. - Intermountain Pwr Agy, UT municipal bds | | | | | Sold | 06/08/09 | L | A | |
| 944. - Long Island, NY municipal bds | | | | | Sold | 05/11/09 | L | A | |
| 945. - Maine St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 946. - Met Trans Auth, Ny municioak bds | | | | | Distributed | 09/30/09 | L | | |
| 947. - Mississippi St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 948. - New York St Dorm Auth municipal Bds | | | | | Sold (part) | 05/08/09 | L | | |
| 949. | | | | | Distributed | 09/30/09 | L | | |
| 950. - Regional Trans Dist, CO municiapl bds | | | | | Distributed | 09/30/09 | L | | |
| 951. - MFB Northern Fds municipal money market fd | | | | | Distributed | 09/30/09 | K | | |
| 952. - Realty Associates Fd IV LLC (y) | | | | | | | | | See Part VIII |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 953. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |
| 954. Trust # 25 | E | Int./Div. | P1 | T | | | | | See Part VIII |
| 955. - US Treasury Bills | | | | | Matured | 02/05/09 | L | | |
| 956. - SPDR Gold Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | L | | |
| 957. | | | | | Distributed (part) | 09/30/09 | N | | |
| 958. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 02/05/09 | L | | |
| 959. | | | | | Buy (add'l) | 05/22/09 | K | | |
| 960. | | | | | Sold (part) | 06/16/09 | J | | |
| 961. | | | | | Sold (part) | 06/22/09 | L | | |
| 962. | | | | | Sold (part) | 09/29/09 | K | | |
| 963. - Auburndale, FL municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 964. - Berkeley Cty, SC municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 965. - Easley, SC municipal bds | | | · | | Distributed | 09/30/09 | L | | |
| 966. - Florida St municipal bds | | | | | Sold | 07/22/09 | K | A | |
| 967. - Illinois St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 968. - Intermountain Pwr Agy, UT municipal bds | | | | | Sold | 06/08/09 | L | A | |
| 969. - Long Island, NY municipal bds | | | | | Sold | 05/11/09 | L | A | |

1. Income Gain Codes.        A = $1,000 or less        B = $1,001 - $2,500        C = $2,501 - $5,000        D = $5,001 - $15,000        E = $15,001 - $50,000
   (See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes               J = $15,000 or less        K = $15,001 - $50,000        L = $50,001 - $100,000        M = $100,001 - $250,000
   (See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
                             P3 = $25,000,001 - $50,000,000                              P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal              R = Cost (Real Estate Only)    S = Assessment                T = Cash Market
   (See Column C2)            U = Book Value             V = Other                      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see PP. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. - Maine St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 971. - Met Trans Auth, Ny municioak bds | | | | | Distributed | 09/30/09 | L | | |
| 972. - Mississippi St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 973. - New York St Dorm Auth municipal Bds | | | | | Sold (part) | 05/08/09 | L | | |
| 974. | | | | | Distributed | 09/30/09 | L | | |
| 975. - Regional Trans Dist, CO municiapl bds | | | | | Distributed | 09/30/09 | L | | |
| 976. - MFB Northern Fds municipal money market fd | | | | | Distributed | 09/30/09 | K | | |
| 977. - Realty Associates Fd IV LLC (y) | | | | | | | | | See Part VIII |
| 978. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |
| 979. Trust # 26 | E | Int./Div | P1 | T | | | | | See Part VIII |
| 980. - US Treasury Bills | | | | | Matured | 02/05/09 | L | | |
| 981. - SPDR Gold Tr mutual fund | | | | | Buy (add'l) | 06/15/09 | L | | |
| 982. | | | | | Distributed (part) | 09/30/09 | N | | |
| 983. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 02/05/09 | L | | |
| 984. | | | | | Buy (add'l) | 05/22/09 | K | | |
| 985. | | | | | Sold (part) | 06/16/09 | J | | |
| 986. | | | | | Sold (part) | 06/22/09 | L | | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q = Appraisal            R =Cost (Real Estate Only)  S = Assessment           T =Cash Market
   (See Column C2)           U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm-dd-yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 987. | | | | | Sold<br>(part) | 09/29/09 | K | | |
| 988. - Auburndale, FL municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 989. - Berkeley Cty, SC municipal bd | | | | | Distributed | 09/30/09 | L | | |
| 990. - Easley, SC municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 991. - Florida St, municipal bds | | | | | Sold | 07/22/09 | K | A | |
| 992. - Illinois St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 993. - Intermountain Pwr Agy, UT municipal bds | | | | | Sold | 06/08/09 | L | A | |
| 994. - Long Island, NY municipal bds | | | | | Sold | 05/11/09 | L | A | |
| 995. - Maine St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 996. - Met Trans Auth, Ny municioak bds | | | | | Distributed | 09/30/09 | L | | |
| 997. - Mississippi St municipal bds | | | | | Distributed | 09/30/09 | L | | |
| 998. - New York St Dorm Auth municipal Bds | | | | | Sold<br>(part) | 05/08/09 | L | | |
| 999. | | | | | Distributed | 09/30/09 | L | | |
| 1000. - Regional Trans Dist, CO municiapl bds | | | | | Distributed | 09/30/09 | L | | |
| 1001. - MFB Northern Fds municipal money market fd | | | | | Distributed | 09/30/09 | K | | |
| 1002. - Realty Associates Fd IV LLC (y) | | | | | | | | | See Part VIII |
| 1003. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | P1 | | See Part VIII |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 1005. Neurophage Pharmls Inc Series A cv pfd stock | | None | J | T | | | | | |
| 1006. Wavemark Inc Ser B pfd stock | | None | M | T | | | | | |
| 1007. Vanguard Inflat Protected mutual fund | F | Dividend | P1 | T | Buy (add'l) | 01/07/09 | P1 | | |
| 1008. | | | | | Sold (part) | 03/26/09 | O | E | |
| 1009. HSBC Investor US Treas Cl D money market mutual fund | A | Dividend | | | Sold | 05/13/09 | P2 | | |
| 1010. Meridia Capital LP | | None | N | U | Buy (add'l) | 05/29/09 | M | | |
| 1011. | | | | | Buy (add'l) | 12/01/09 | K | | |
| 1012. Metal Group Ltd LP | | None | J | U | | | | | |
| 1013. Elliott Associates, LP | | None | P1 | U | | | | | |
| 1014. Hony Capital Fund 2008, LP | | None | M | U | Buy (add'l) | 11/20/09 | K | | |
| 1015. | | | | | Buy (add'l) | 12/30/09 | J | | |
| 1016. | | | | | | | | | |
| 1017. Line Rock Partners V, LP combined | B | Distribution | O | U | Buy (add'l) | 02/12/09 | K | | |
| 1018. | | | | | Buy (add'l) | 04/29/09 | K | | |
| 1019. | | | | | Buy (add'l) | 06/25/09 | K | | |
| 1020. | | | | | Buy (add'l) | 07/02/09 | L | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; J =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. | | | | | Buy (add'l) | 07/31/09 | K | | |
| 1022. | | | | | Buy (add'l) | 10/21/09 | L | | |
| 1023. | | | | | Buy (add'l) | 11/10/09 | L | | |
| 1024. | | | | | Buy (add'l) | 12/31/09 | K | | |
| 1025. Lone Star Fund VI (US), LP | G | Distribution | P1 | U | | | | | See Part VIII |
| 1026. Lone Star Europe Holdings (US), LP | | None | N | U | | | | | |
| 1027. Lone Star Real Estate Fund (US), LP | | None | O | U | Buy (add'l) | 03/09/09 | N | | |
| 1028. | | | | | Buy (add'l) | 11/23/09 | L | | |
| 1029. Middle East North Africa Opportunities Fd, LP | | None | P1 | U | | | | | |
| 1030. Portland Capital LLP | | None | M | W | Buy (add'l) | 02/05/09 | K | | |
| 1031. TA Realty LLC - IPERS (y) | | | | | | | | | |
| 1032. MA Health & Ed Municipal Bds | C | Interest | L | T | | | | | |
| 1033. MECM Associates LLC closely held | | | P2 | W | | | | | |
| 1034. - Abrams Capital Partners II LP | | None | P1 | U | | | | | |
| 1035. - Baupost Value Partners LP II | | None | P1 | U | | | | | |
| 1036. - Brookside Cap Partners Fd LP | | None | P1 | U | Open | 01/05/09 | P1 | | See Part VIII item # 181 |
| 1037. - Kensico Associates LP | | None | P2 | U | Open | 01/05/09 | P2 | | See Part VIII item # 340 |

1 Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2 Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated    P4 = More than $50,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e.g., div., rent. or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. Auburndale FL Municipal bds | E | Interest | N | T | | | | | |
| 1039. Berkeley Cty SC Municipal bd | E | Interest | N | T | | | | | |
| 1040. Birmingham AL Municipal Bds | D | Interest | M | T | | | | | |
| 1041. Dallas TX Municipal bds | E | Interest | N | T | | | | | |
| 1042. Glendale AZ Municipal Bds | B | Interest | | | Matured | 07/01/09 | M | | |
| 1043. Hawaii St Municipal Bds | D | Interest | N | T | | | | | |
| 1044. Intermountain Pwr Agy UT Municipal bds | E | Interest | | | Sold | 06.08/09 | N | C | |
| 1045. Met Trans Auth NY Municipal Bds | D | Interest | N | T | | | | | |
| 1046. Washington St Municipal Bds | D | Interest | M | T | | | | | |
| 1047. Michigan St Municipal bds | C | Interest | M | T | | | | | |
| 1048. NY St MUnicipal Bds | | None | M | T | Buy | 11/08/09 | M | | |
| 1049. | | | | | Buy (add'l) | 12/08/09 | N | | |
| 1050. Seattle WA Drain & Wastewater Municipal bds | | None | | | | | | | See Part VIII |
| 1051. Anchorage AK Municipal Bds (x) | | None | N | T | Buy | 12/04/09 | N | | |
| 1052. Chatham Cty GA Municipal Bds (x) | | None | M | T | Buy | 12/18/09 | M | | |
| 1053. MA St College Bds Municipal Bds (x) | | None | N | T | Buy | 12/09/09 | N | | |
| 1054. Trust # 27 (x) | D | Int./Div. | O | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. - Boston, MA Municipal Bds | | | | | | | | | |
| 1056. - Chilmark MA Municipal Bds | | | | | | | | | |
| 1057. - MA Bay Transit Municipal Bds | | | | | | | | | |
| 1058. - MA Commonwealth SR A Municipal Bds | | | | | | | | | |
| 1059. - MA Commonwealth SR B Municipal Bds | | | | | | | | | |
| 1060. - MA Dev Fin Agy Municipal Bds | | | | | Redeemed | 07/01/09 | K | | |
| 1061. - MA HEFA Municipal Bds | | | | | | | | | |
| 1062. - MA Port Auth Municipal Bds | | | | | | | | | |
| 1063. - MA Water Poltn Municipal Bds | | | | | Redeemed (part) | 09/10/09 | K | | |
| 1064. - Norwood MA Municipal Bds | | | | | | | | | |
| 1065. - Town of Foxborough MA Municipal Bds | | | | | | | | | |
| 1066. - University MA Bldg Municipal Bds | | | | | | | | | |
| 1067. - Ishares MSCI Brazil Index Fd (x) | | | | | Buy | 08/21/09 | K | | |
| 1068. | | | | | Distributed | 09/30/09 | K | | |
| 1069. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | M | | See Part VIII |
| 1070. - UBS Bank USA deposit account (x) | | | | | Buy | 06/18/09 | J | | |
| 1071. - Federated US Treas Cash Rsv money mrkt (mutual fd) (x) | | | | | Buy | 05/18/09 | N | | |

1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
(See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 |
2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
(See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
| P3 =$25,000,001 - $50,000,000 | P4 = More than $50,000,000 |
3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
(See Column C2) | P =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05-13-2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. | | | | | Buy (add'l) | 06/09/09 | L | | |
| 1073. | | | | | Buy (add'l) | 07/16/09 | K | | |
| 1074. | | | | | Buy (add'l) | 09/28/09 | K | | |
| 1075. | | | | | Buy (add'l) | 09/30/09 | M | | |
| 1076. | | | | | Buy (add'l) | 10/09/09 | J | | |
| 1077. | | | | | Buy (add'l) | 11/10/09 | J | | |
| 1078. | | | | | Buy (add'l) | 12/18/09 | J | | |
| 1079. | | | | | Sold (part) | 05/26/09 | J | | |
| 1080. | | | | | Sold (part) | 06/01/09 | J | | |
| 1081. | | | | | Sold (part) | 06/19/09 | M | | |
| 1082. | | | | | Sold (part) | 06/25/09 | J | | |
| 1083. | | | | | Sold (part) | 07/27/09 | J | | |
| 1084. | | | | | Sold (part) | 08/13/09 | J | | |
| 1085. | | | | | Sold (part) | 08/24/09 | J | | |
| 1086. | | | | | Sold (part) | 08/25/09 | J | | |
| 1087. | | | | | Sold (part) | 08/27/09 | K | | |
| 1088. | | | | | Sold (part) | 09/25/09 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1089. | | | | | Sold (part) | 09/29/09 | M | | |
| 1090 | | | | | Sold (part) | 10/02/09 | J | | |
| 1091. | | | | | Sold (part) | 10/26/09 | J | | |
| 1092. | | | | | Sold (part) | 11/25/09 | J | | |
| 1093. | | | | | Sold (part) | 12/28/09 | J | | |
| 1094. Trust # 28 (x) | C | Int./Div. | P1 | T | | | | | See Part VIII |
| 1095. - Boston MA Municipal Bds | | | | | | | | | |
| 1096. - Chilmark MA Municipal Bds | | | | | | | | | |
| 1097. - MA Bay Trans Auth Municpal Bds | | | | | | | | | |
| 1098. - MA Commonwealth SR A Municipal Bds | | | | | | | | | |
| 1099. - MA Commonwealth SR B Municipal Bds | | | | | | | | | |
| 1100. - MA HEFA Municipal bds | | | | | | | | | |
| 1101. - MA Port Auth Municipal Bds | | | | | | | | | |
| 1102. - MA Tpk Auth Municpal Bds | | | | | | | | | |
| 1103. - MA Water Polltn Municipal Bds | | | | | | | | | |
| 1104. - Norwood MA Municipal Bds | | | | | | | | | |
| 1105 - University MA Bldg Municipal Bds | | | | | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $20,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. - Ishares MSCI Brazil Index Fd (mutual fd) (x) | | | | | Buy | 08/21/09 | K | | |
| 1107. | | | | | Distributed | 09/30/09 | K | | |
| 1108. - Int in MECM Investments LLC (closely held) (x) | | | | | Buy | 09/30/09 | N | | See Part VIII |
| 1109. - RMA Tax-Free Fd Inc money market (mutual fd) (x) | | | | | Buy | 11/03/09 | J | | |
| 1110. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 1111. - Federated US Treas Cash Rsv money mrkt (mutual fd) (x) | | | | | Buy | 06/19/09 | M | | |
| 1112. | | | | | Buy (add'l) | 07/16/09 | K | | |
| 1113. | | | | | Buy (add'l) | 09/28/09 | J | | |
| 1114. | | | | | Buy (add'l) | 09/30/09 | M | | |
| 1115. | | | | | Buy (add'l) | 10/21/09 | J | | |
| 1116. | | | | | Sold (part) | 07/10/09 | J | | |
| 1117. | | | | | Sold (part) | 08/24/09 | J | | |
| 1118. | | | | | Sold (part) | 08/25/09 | J | | |
| 1119. | | | | | Sold (part) | 08/27/09 | K | | |
| 1120. | | | | | Sold (part) | 09/29/09 | M | | |
| 1121. | | | | | Sold (part) | 10/01/09 | J | | |
| 1122. Chilton Global Natural Res Partners LP (x) | None | | P1 | U | Spinoff (from line 556) | 08/28/09 | P1 | | |

1. Income Gain Codes          A = $1,000 or less        B = $1,001 - $2,500       C = $2,501 - $5,000       D = $5,001 - $15,000      E = $15,001 - $50,000
(See Columns B1 and D4)       F = $50,001 - $100,000    G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes                J = $15,000 or less       K = $15,001 - $50,000      L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)       N = $250,001 - $500,000   O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                              P3 = $25,000,001 - $50,000,000                      P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment            T = Cash Market
(See Column C2)               U = Book Value            V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. CX Partners Fd Limited (private eq) (x) | | None | M | U | Buy | 04/13/09 | K | | |
| 1124. | | | | | Buy (add'l) | 08/25/09 | K | | |
| 1125. | | | | | Buy (add'l) | 09/17/09 | L | | |
| 1126. | | | | | Buy (add'l) | 10/13/09 | J | | |
| 1127. Hephaestion III LP (x) | | None | M | U | Buy | 01/05/09 | M | | |
| 1128. Mondrian Intl Fixed Income Fd LP (x) | D | Distribution | P2 | U | Buy | 07/30/09 | P2 | | |
| 1129. Orion European Real Estate Fd III CV (priv eq) (x) | D | Distribution | N | U | Buy | 05/11/09 | M | | |
| 1130. | | | | | Buy (add'l) | 12/14/09 | M | | |
| 1131. RBC (Royal Bank of Canada), bank accounts (x) | A | Interest | P1 | T | Open | 06/25/09 | L | | · |
| 1132. | | | | | Buy (add'l) | 06/30/09 | P1 | | |
| 1133. | | | | | Buy (add'l) | 10/28/09 | O | | |
| 1134. RBC Dominion Securities Inc (x) | F | Interest | P1 | T | | | | | |
| 1135. - Government of Canada Provincial Treasury Bills | | | | | Buy | 07/17/09 | O | | |
| 1136. | | | | | Redeemed (part) | 07/23/09 | M | | |
| 1137. | | | | | Buy (add'l) | 08/10/09 | M | | |
| 1138. | | | | | Redeemed (part) | 08/10/09 | P1 | | |
| 1139. | | | | | Buy (add'l) | 08/11/09 | N | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$25,001 - $50,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. - Canada Housing Trust Mtge Bds | | | | | Buy | 07/17/09 | M | | |
| 1141 | | | | | Buy (add'l) | 08/10/09 | M | | |
| 1142. | | | | | Buy (add'l) | 08/11/09 | N | | |
| 1143. - RBC Bankers' Acceptances | | | | | Buy | 07/23/09 | M | | |
| 1144. | | | | | Matured (part) | 07/31/09 | N | | |
| 1145 | | | | | Matured (part) | 09/08/09 | M | | |
| 1146. | | | | | Buy (add'l) | 09/08/09 | N | | |
| 1147. | | | | | Matured (part) | 10/08/09 | N | | |
| 1148 | | | | | Buy (add'l) | 10/08/09 | N | | |
| 1149. | | | | | Matured (part) | 11/09/09 | N | | |
| 1150. | | | | | Buy (add'l) | 11/09/09 | N | | |
| 1151. | | | | | Redeemed (part) | 12/09/09 | N | | |
| 1152. | | | | | Buy (add'l) | 12/09/09 | M | | |
| 1153. - RBC BDN Interest Bearning notes (bearer deposit notes) | | | | | Buy (add'l) | 07/27/09 | O | | |
| 1154 | | | | | Buy (add'l) | 07/29/09 | J | | |
| 1155. | | | | | Buy (add'l) | 07/30/09 | O | | |
| 1156. | | | | | Buy (add'l) | 07/31/09 | M | | |

1. Income Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. | | | | | Buy (add'l) | 08/06/09 | M | | |
| 1158. | | | | | Matured | 08/07/09 | P1 | | |
| 1159. - Bank of Montreal GIC | | | | | Buy | 08/06/09 | L | | |
| 1160. - HSBC Bank GIC | | | | | Buy | 08/06/09 | L | | |
| 1161. - National Bank of Canada GIC | | | | | Buy | 08/06/09 | L | | |
| 1162. - Royal Bank of Canada GIC | | | | | Buy | 08/06/09 | L | | |
| 1163. - Province of Ontario Notes | | | | | Buy | 08/11/09 | N | | |
| 1164. - Province of Quebec Notes | | | | | Buy | 08/11/09 | N | | |
| 1165. - Province of British Columbia Notes (semi-annual package) | | | | | Buy | 08/11/09 | N | | |
| 1166. - Hydro Quebec notes (int only package) | | | | | Buy | 08/11/09 | N | | |
| 1167. - RBC Mortgage Corp GIC | | | | | Buy | 12/10/09 | L | | |
| 1168. Gold boullion (x) | | None | P1 | T | Buy | 06/03/09 | P1 | | |
| 1169. US Treas TIPS Bds (x) | F | Interest | P1 | T | Buy | 01/26/09 | P1 | | |
| 1170. | | | | | Buy (add'l) | 03/25/09 | O | | |
| 1171. | | | | | Buy (add'l) | 04/17/09 | P1 | | |
| 1172. | | | | | Buy (add'l) | 07/06/09 | P1 | | |
| 1173. MECM Investments LLC (closely held) (x) | G | Int./Div. | P2 | W | | | | | |

1. Income Gain Codes:          A = $1,000 or less          B = $1,001 - $2,500          C = $2,501 - $5,000          D = $5,001 - $15,000          F = $15,001 - $50,000
   (See Columns B1 and D4)     I = $50,001 - $100,000      G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes                 J = $15,000 or less         K = $15,001 - $50,000       L = $50,001 - $100,000        M = $100,001 - $250,000     P2 = $5,000,001 - $25,000,000
   (See Columns C1 and D3)      N = $250,001 - $500,000     O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000
                               P3 = $25,000,001 - $50,000,000                           P4 = More than $50,000,000
3. Value Method Codes          Q = Appraisal               R = Cost (Real Estate Only) S = Assessment                T = Cash Market
   (See Column C1)              U = Book Value              V = Other                   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1174. - MA Tpk Auth Municipal Bds | | | | | Open | 09/30/09 | L | | |
| 1175. | | | | | Sold | 10/16/09 | K | | |
| 1176. - Weston MA Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1177. - Westford MA Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1178. - Northampton MA Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1179. - MA Commonwealth SR A Municipal Bds | | | | | Open | 09/30/09 | K | | |
| 1180. - MA Port Auth Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1181. | | | | | Sold (part) | 10/16/09 | K | | |
| 1182. - MA Water Polltn Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1183. | | | | | Sold (part) | 10/16/09 | L | D | |
| 1184. - MA Cons Ln Municipal Bds | | | | | Open | 09/30/09 | N | | |
| 1185. | | | | | Sold (part) | 10/16/09 | N | F | |
| 1186. - MA St Spl Oblig Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1187. | | | | | Sold | 10/16/09 | M | D | |
| 1188. - Orleans MA Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1189. | | | | | Sold | 10/16/09 | M | C | |
| 1190. - Chelmsford MA Municipal Bds | | | | | Open | 09/30/09 | K | | |

1 Income Gain Codes     A =$1,000 or less          B =$1,001 - $2,500       C = $2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less         K =$15,001 - $50,000     L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes     U =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
(See Column C2)          U =Book Value              V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. | | | | | Sold | 10/16/09 | K | A | |
| 1192. - Stoneham MA Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1193. | | | | | Sold | 10/16/09 | M | D | |
| 1194. - MA St HEFA Municipal Bds | | | | | Open | 09/30/09 | K | | |
| 1195. | | | | | Sold | 10/16/09 | K | | |
| 1196. - Boston MA Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1197. | | | | | Sold | 10/16/09 | M | | |
| 1198. - Auburndale FL Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1199. - Berkeley Cty SC Municipal Bds | | | | | Open | 09/30/09 | N | | |
| 1200. - Easley SC Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1201. - IL St Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1202. - Maine St Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1203. - Met Trans Auth NY Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1204. - Mississippi St Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1205. - NY St Dorm Auth Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1206. - Reg Trans Dist Co Municipal Bds | | | | | Open | 09/30/09 | M | | |
| 1207. - Pimco Foreign Bd Fd mutual fd | | | | | Open | 09/30/09 | P1 | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. - US Treas TIPS Bds | | | | | Open | 09/30/09 | O | | |
| 1209. - Vanguard Inflat Protected mutual fd | | | | | Open | 09/30/09 | P1 | | |
| 1210. - Ishares MSCI Brazil Index Fd mutual fd | | | | | Open | 09/30/09 | M | | |
| 1211. - SPDR Gold Trust mutual fd | | | | | Open | 09/30/09 | P1 | | |
| 1212. - Int in MECM Associates II LLC (closely held) | | | | | Open | 09/30/09 | P1 | | |
| 1213. - Anchorage AK Municipal Bds | | | | | Buy | 12/04/09 | M | | |
| 1214. - Chatham Cty GA Municipal Bds | | | | | Buy | 12/18/09 | M | | |
| 1215. - MA St College Bldg Auth Municipal Bds | | | | | Buy | 12/09/09 | M | | |
| 1216. - NJ St Trans Municipal Bds | | | | | Buy | 12/04/09 | M | | |
| 1217. - NY St Municipal Bds | | | | | Buy | 12/08/09 | N | | |
| 1218 - RMA Tax-Free Fund Inc money mrkt (mutual fd) | | | | | Buy | 10/06/09 | J | | |
| 1219 | | | | | Buy (add'l) | 10/22/09 | M | | |
| 1220. | | | | | Buy (add'l) | 12/16/09 | J | | |
| 1221. - Chilton Global Natural Res Prtners LP | | | | | Buy | 10/30/09 | P1 | | |
| 1222. - Pimco Developing Local Mkt Fd (mutual fund) | | | | | Buy | 10/09/09 | P1 | | |
| 1223. - Gold Boullion | | | | | Buy | 11/13/09 | P1 | | |
| 1224. - Federated Govt Oblig Fd money mrkt (mutual fd) | | | | | Buy | 09/29/09 | P1 | | |

1. Income/Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000   N =$250,001 - $500,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1225. | | | | | Sold | 09/30/09 | P1 | | |
| 1226. - Federated US Treas Cash Rsv money markt (mutual fd) | | | | | Buy | 09/30/09 | P1 | | |
| 1227. | | | | | Sold (part) | 10/01/09 | O | | |
| 1228. | | | | | Sold (part) | 10/13/09 | O | | |
| 1229. | | | | | Buy (add'l) | 10/15/09 | J | | |
| 1230. | | | | | Buy (add'l) | 10/22/09 | P1 | | |
| 1231. | | | | | Sold (part) | 10/30/09 | P1 | | |
| 1232. | | | | | Buy (add'l) | 11/03/09 | K | | |
| 1233. | | | | | Sold (part) | 11/13/09 | O | | |
| 1234. | | | | | Buy (add'l) | 12/02/09 | J | | |
| 1235. | | | | | Sold (part) | 12/22/09 | J | | |
| 1236. | | | | | Buy (add'l) | 12/28/09 | L | | |
| 1237. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 1238. MECM Associates II LLC (closely held) (x) | A | Int./Div. | P2 | W | | | | | See Part VIII |
| 1239. - Baupost Value Partners LP II | | | | | Open | 07/01/09 | P1 | | |
| 1240. - Elliott Associates LP | | | | | Open | 07/01/09 | P1 | | |
| 1241. - HighVista LLP | | | | | Open | 01/05/09 | P1 | | |

1. Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)       F =$50,001 - $100,000       G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less          K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000      O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
(See Column C2)               U =Book Value               V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1242. - Penta Asia Long Short Fd Ltd LP | | | | | Open | 01/05/09 | P1 | | |
| 1243. - X Investment Holdings co Ltd LP | | | | | Open | 07/01/09 | N | | |
| 1244. - Federated US Teas Cash Rsv money market (mutual fd) (x) | | | | | Open | 07/01/09 | N | | |
| 1245. | | | | | Buy (add'l) | 01/08/09 | J | | |
| 1246. | | | | | Sold (part) | 02/09/09 | L | | |
| 1247. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 1248. | | | | | Sold (part) | 04/16/09 | M | | |
| 1249. | | | | | Buy (add'l) | 06/19/09 | P1 | | |
| 1250. | | | | | Sold (part) | 06/22/09 | P1 | | |
| 1251. | | | | | Sold (part) | 08/18/09 | J | | |
| 1252. | | | | | Sold (part) | 10/13/09 | K | | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | L = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part I. Positions -

A. Reference is made to Trust #3 and Trust #4 of which [         ] is a co-trustee. All asssets have been separately reported on the FDR and properly disclosed.

B. Position as Trustee on each of Trust #s 6 (terminated in 2008), 7, 8, 9, and 13 referenced on 2008 Financial Disclosure Report (FDR) has correctly been excluded from this 2009 FDR; [         ] is no longer a trustee on these trusts and did not serve in this capacity for any part of calendar year 2009.

Part VII. Investments and Trusts -

A. Items listed on calendar year 2008 Financial Disclosure Report (FDR) and excluded for calendar year 2009 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).

B. 2009 FDR, Part VII, notations -

In Colmn D(1) Type: "Open" has been used when financial accounts were opened (e.g., item # 1131). "Open" has also been used as the "Type" for all in-kind security contributions made to closely held LLC's by trustees of LLC member trusts.

Item # 10: Beginning with calendar year 2009 MA St Genreal Oblig Series, Municipal Bonds income and transactions have been included with item #2: Mass St G'O Cons Ln Series, Muni Bonds.

Item # 79: Trust # 7 terminated during 2009. Distributed assets were received by Trust # 28 (item # 1094).

Item # 178: Battery Ventures VI LP made a distribution in kind reported as new asset item # 179 - this new asset # 179 has been reported as a Spinoff and was immediately sold upon receipt.

Item # 181: This item # 181 was distributed to item # 1033 (i.e., LLC membership interest contribution).

Item # 188: MFB Northern municipal money market daily detail activity was not available at filing. The net increase from buys and sells has been reported to correctly reflect the actual "gross value" (column C(1)) as of 12/31/09.

Item # 191 and 226: Assets held in Trust # 14 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 227 and 262: Assets held in Trust # 15 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 263 and 298: Assets held in Trust # 16 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 299 and 334: Assets held in Trust # 17 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions)

Item # 340: This item # 340 was distributed to item # 1033 (i.e., LLC membership interest contribution).

Item # 363: For calendar year 2009 item # 363 income, value, and transactions have been included with Item # 350 as reported by Park Street Capital.

Item # 376 and 418: Assets held in Trust # 18 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 419 and 461: Assets held in Trust # 19 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 462 and 504: Assets held in Trust # 20 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions)

Item # 505 and 546: Assets held in Trust # 21 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions)

Item # 548: Reported Distribution represents receipt of funds heldback from the withdrawal from the parthership in 2008.

Item # 556: See Item # 1122.

Item # 881: This item # 881 was distributed to item # 1238 (MECM Associates II LLC) as its item # 1242.

Item # 883 and 891: Assets held in Trust # 22 reported as distrbuted were contributions to item # 1238 (MECM Associates II LLC) (i.e., LLC membership interest contributions).

Item # 885 and 886: These item #s 885 and 886 were distributed to MECM Associates II LLC and are reflected as one item being item # 1239 as reported by Baupost Value Partners LP II.

Item # 904 and 928: Assets held in Trust # 23 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 927: Previously 100% was reported under item # 12.

Item # 929 and 953: Assets held in Trust # 24 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 952: Previously 100% was reported under item # 12.

Item # 954 and 978: Assets held in Trust # 25 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 977: Previously 100% was reported under item # 12.

Item # 979 and 1003: Assets held in Trust # 26 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 1002: Previously 100% was reported under item # 12.

Item # 1025: This asset description has been corrected for a 2008 FDR transposition error. The corect LP fund number is VI, and not IV as previously reported on the 2008 FDR.

Item # 1050: All municipal bonds were sold in 2008 and not partially sold as previously reported on 2008 FDR. During 2009 there was no income to report, nor value or transactions.

Item # 1054 and 1069: Assets held in new Trust #27 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 1094 and 1108: Assets held in new Trust #28 reported as distributed were contributions to Item # 1173 (MECM Investments LLC) (i.e., LLC membership interest contributions).

Item # 1173: Closely held LLC (Item # 1173 header row) followed by its holdings and transactions.

Item # 1238: Closely held LLC (Item # 1238 header row) followed by its holdings and transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544